# EXHIBIT "4"

|||||
|---|---|---|---|
| | ‖‖‖‖‖‖‖‖‖‖‖ ‖‖ | | 72333173 |
| CAPIAS on INDICTMENT (ARRAIGNMENT) | CASE # CR-12- 558506 | | ITN # |
| ISSUE DATE: 02/07/2012 | | | |

THE STATE OF OHIO vs:
LARRY KLAYMAN
2220 AVENUE OF THE STARS UNIT 402
LOS ANGELES, CA 90067-0000

THE STATE OF OHIO
CUYAHOGA COUNTY
COURT OF COMMON PLEAS

DOB: ▮▮▮▮
LID #:                      OCA #:
NCIC #:                     SO #:
SEX: M                      RACE: WHITE
OTHER PD #: STATE OF OHIO

JUDGE ARRAIGNMENT ROOM

TO THE SHERIFF OF CUYAHOGA COUNTY, OR LOCAL POLICE DEPARMENT WITHIN SAID STATE

An Indictment has been filed in the Cuyahoga County Court of Common Pleas charging the defendant name on This warrant with:
  2919.21 B NONSUPPORT OF DEPENDENTS; 2919.21 B NONSUPPORT OF DEPENDENTS

You are ordered to arrest said defendant, if he is found in your jurisdiction and bring him before the Court without unnecessary delay.



Witness, **GERALD E. FUERST**, Clerk of our said Court, at the Court House in the City of Cleveland, the 7th Day of February, A.D. 2012

*J. Jones*

**GERALD E. FUERST**, Clerk
By: JOSEPHINE JONES, Deputy Clerk

**RECEIPT OF WARRANT**
Warrant received on _____ at _____ By _____
                                              CUYAHOGA COUNTY SHERIFF DEPT., Sheriff

**SHERIFF FEES**                **RETURN OF EXECUTED WARRANT**
Sheriff & Return  $ _____     I executed this warrant on _____ at ____ o'clock __ M.,
                                and pursuant to its command on _____,
Arrest            $ _____     arrested and now have the defendant in my custody.

Conveyance        $ _____     **RETURN OF UNEXECUTED WARRANT**
                                I returned this warrant on _____ at ____ o'clock __ M.,
Mileage           $ _____     but was unable to do so because

Total             $ _____

                                Executing Officer _____

THE STATE OF OHIO  }
Cuyahoga County    } SS.   I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS ___ DAY OF _____ A.D 20__
GERALD E. FUERST, Clerk
By _____ Deputy

378053
CMSR6024                        Page 1 of 1