# EXHIBIT "6"



CR12558506-A    72822877

FILED
CRIMINAL DIVISION

2012 MAR -9  P 1:30

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

IN THE COURT OF COMMON PLEAS

CUYAHOGA COUNTY, OHIO

| STATE OF OHIO | ) | CASE NO. 558506-12-CR |
|---|---|---|
| Plaintiff | ) | |
| -vs- | ) | **MOTION TO CONTINUE ARRAIGNMENT** |
| LARRY KLAYMAN | ) | |
| Defendant | ) | |

Now comes the Defendant, through counsel, and hereby moves this Court to continue the Arraignment scheduled for March 15, 2012 until April 17, 2012 for reasons stated herein.

Larry Klayman has been charged in a two count indictment for non-support, both felonies of the fifth degree. The indictment is based on alleged arrearage of child support payments in connection with a pending case in the Cuyahoga County Domestic Relations Court.

Undersigned counsel, as well as Mr. Klayman's counsel in the domestic relations case, are in the process of attempting to resolve these outstanding issues, in the hope of reaching some resolution of the child support issues prior to the Arraignment in this Court. Because Mr. Klayman resides and practices law in Los Angeles, California, and further because his domestic relations counsel, Roger Kleinman, of Cavitch and Durkin Law firm, will be leaving for China for at least two weeks on March 6, 2012 due to a personal matter,

there simply is insufficient time to deal with these complex matters with the Domestic Relations Court by March 15, 2012. Furthermore, there are scheduling conflicts relating to Mr. Klayman's law practice in California.

The criminal case involves a juxtaposition with the on-going domestic relations case. It would be in the interest of judicial economy and justice to achieve a resolution prior to the Arraignment so that when Mr. Klayman travels to Cleveland, he can be postured to appropriately address the criminal case, hopefully in one trip. Accordingly, this short thirty (30) day continuance would be reasonable and not prejudicial to the State's interests.

Defendant and counsel waive any speedy trial rights as a result of this continuance.

Respectfully submitted,

FRIEDMAN & GILBERT

_____
TERRY H. GILBERT (0021948)
Attorney for Defendant
1370 Ontario Street, Suite 600
Cleveland, OH 44113-1752
Telephone:  (216) 241-1430
Facsimile:  (216) 621-0427
E-Mail:     tgilbert@f-glaw.com

2