# EXHIBIT "7"

Member Search                                                                                                                                Page 1 of 1

**The Florida Bar**
www.floridabar.org

# Larry Elliot Klayman

**Member in Good Standing**            **Eligible to practice in Florida**

| | |
|---|---|
| ID Number: | - 246220 |
| Address: | 2020 Pennsylvania Ave NW # 345 |
| | Washington, District Of Columbia 200061811 |
| | United States |
| Phone: | 310.595.0800 |
| E-Mail: | leklayman@gmail.com |
| vCard: | |
| Admitted: | 12/07/1977 |
| 10-Year Discipline History | **Yes** |
| Law School: | Emory University School of Law |
| Degree: | Doctor of Jurisprudence/Juris Doctor |

The Find A Lawyer directory provides limited basic information about attorneys licensed to practice in Florida and is provided as a public service by The Florida Bar. The information contained herein is provided "as is" with no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents thereof are not responsible for the accuracy of the data. Much of the information is provided by the attorney and it is the attorney's responsibility to review and update the information. Publication of attorneys' contact information within this listing should not be construed as their consent to receive unsolicited communications in any form. Certain unauthorized uses of this data may result in civil or criminal penalties. The Find A Lawyer directory is not a lawyer referral service.

*[Revised: 06-10-2013]*

© 2013 The Florida Bar | Disclaimer | Top of page | | **PDF** |