# EXHIBIT "8"

Case 2:12-cv-10307-JFW-VBK   Document 31-1   Filed 02/04/13   Page 3 of 38   Page ID #:394

FL-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TERRI G. LYNCH   BAR NO. 061962<br>LYNCH & STIPKOVICH<br>406 GRANITE HILLS STREET, SUITE 112<br>SIMI VALLEY, CALIFORNIA 93065<br>(805) 577-1177 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>DEC 01 2008<br><br>JOHN A. CLARKE, CLERK<br>Zonia C. Pedraza<br>BY ZONIA C. PEDRAZA, DEPUTY |

TELEPHONE NO.:                                          FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 6230 SYLMAR AVENUE
MAILING ADDRESS: SAME
CITY AND ZIP CODE: VAN NUYS, CALIFORNIA 91401
BRANCH NAME: NORTHWEST DISTRICT

MARRIAGE OF
    PETITIONER: TERRI G. LYNCH

    RESPONDENT: DIANA YAZBECK

| PETITION FOR | | CASE NUMBER: |
|---|---|---|
| ☐ Dissolution of Marriage<br>☐ Legal Separation<br>☒ Nullity of Marriage | ☐ AMENDED | **LD054006** |

1. RESIDENCE (Dissolution only) ☒ Petitioner  ☐ Respondent  has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition for Dissolution of Marriage.*

2. STATISTICAL FACTS
    a. Date of marriage: MAY 12, 2007
    b. Date of separation: MAY 12, 2008
    c. Time from date of marriage to date of separation *(specify):*
       Years: 1        Months: 0

3. DECLARATION REGARDING MINOR CHILDREN *(include children of this relationship born prior to or during the marriage or adopted during the marriage):*
    a. ☒ There are no minor children.
    b. ☐ The minor children are:

| Child's name | Birthdate | Age | Sex |
|---|---|---|---|
| | | | |

       ☐ Continued on Attachment 3b.
    c. If there are minor children of the Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
    d. ☐ A completed voluntary declaration of paternity regarding minor children born to the Petitioner and Respondent prior to the marriage is attached.

4. SEPARATE PROPERTY
    Petitioner requests that the assets and debts listed ☒ in *Property Declaration* (form FL-160)   ☐ in Attachment 4
    ☐ below   be confirmed as separate property.

| Item | Confirm to |
|---|---|
| ANY AND ALL PROPERTY NOT YET ASCERTAINED | |

NOTICE: You may redact (black out) social security numbers from any written material filed with the court in this case other than a form used to collect child or spousal support.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-100 [Rev. January 1, 2005]

**PETITION—MARRIAGE**
(Family Law)

Legal
Solutions
Plus

Family Code, §§ 2330, 3409

Ex. F-45

Case 2:12-cv-10307-JFW-VBK   Document 31-1   Filed 02/04/13   Page 4 of 38   Page ID #:395

MARRIAGE OF (last name, first name of parties):
LARRY KLAYMAN\DIANA YAZBECK

CASE NUMBER:

5. DECLARATION REGARDING COMMUNITY AND QUASI-COMMUNITY ASSETS AND DEBTS AS CURRENTLY KNOWN
   a. [X] There are no such assets or debts subject to disposition by the court in this proceeding.
   b. [ ] All such assets and debts are listed [ ] in *Property Declaration* (form FL-160) [ ] in Attachment 5b.
          [ ] below (specify):

6. **Petitioner requests**
   a. [ ] dissolution of the marriage based on
      (1) [ ] irreconcilable differences. (Fam. Code, § 2310(a).)
      (2) [ ] incurable insanity. (Fam. Code, § 2310(b).)
   b. [ ] legal separation of the parties based on
      (1) [ ] irreconcilable differences. (Fam. Code, § 2310(a).)
      (2) [ ] incurable insanity. (Fam. Code, § 2310(b).)
   c. [ ] nullity of void marriage based on
      (1) [ ] incestuous marriage. (Fam. Code, § 2200.)
      (2) [ ] bigamous marriage. (Fam. Code, § 2201.)
   d. [X] nullity of voidable marriage based on
      (1) [ ] petitioner's age at time of marriage.
             (Fam. Code, § 2210(a).)
      (2) [ ] prior existing marriage.
             (Fam. Code, § 2210(b).)
      (3) [X] unsound mind. (Fam. Code, § 2210(c).)
      (4) [X] fraud. (Fam. Code, § 2210(d).)
      (5) [ ] force. (Fam. Code, § 2210(e).)
      (6) [ ] physical incapacity. (Fam. Code, § 2210(f).)

7. Petitioner requests that the court grant the above relief and make injunctive (including restraining) and other orders as follows:

|  |  | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|---|
| a. | Legal custody of children to . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | [ ] | [ ] | [ ] | [ ] |
| b. | Physical custody of children to . . . . . . . . . . . . . . . . . . . . . . . . . . . | [ ] | [ ] | [ ] | [ ] |
| c. | Child visitation be granted to . . . . . . . . . . . . . . . . . . . . . . . . . . . | [ ] | [ ] | [ ] | [ ] |

   As requested in form: [ ] FL-311 [ ] FL-312 [ ] FL-341(C) [ ] FL-341(D) [ ] FL-341(E) [ ] Attachment 7c.

|  |  | Petitioner | Respondent | Joint | Other |
|---|---|---|---|---|---|
| d. | [ ] Determination of parentage of any children born to the Petitioner and Respondent prior to the marriage. | | | | |
| e. | Attorney fees and costs payable by . . . . . . . . . . . . . . . . . . . . . . | [ ] | [ ] | | |
| f. | Spousal support payable to (earnings assignment will be issued) . . . . . . . . . . . . . | [ ] | [ ] | | |
| g. | [X] Terminate the court's jurisdiction (ability) to award spousal support to Respondent. | | | | |
| h. | [X] Property rights be determined. | | | | |
| i. | [ ] Petitioner's former name be restored to (specify): | | | | |
| j. | [ ] Other (specify): | | | | |

          [ ] Continued on Attachment 7j.

8. **Child support**—If there are minor children born to or adopted by the Petitioner and Respondent before or during this marriage, the court will make orders for the support of the children upon request and submission of financial forms by the requesting party. An earnings assignment may be issued without further notice. Any party required to pay support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

9. **I HAVE READ THE RESTRAINING ORDERS ON THE BACK OF THE SUMMONS, AND I UNDERSTAND THAT THEY APPLY TO ME WHEN THIS PETITION IS FILED.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: NOVEMBER 26, 2008

TERRI G. LYNCH
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PETITIONER)

Date: NOVEMBER 26, 2008

TERRI G. LYNCH    BAR NO. 061962
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF ATTORNEY FOR PETITIONER)

NOTICE: Dissolution or legal separation may automatically cancel the rights of a spouse under the other spouse's will, trust, retirement plan, power of attorney, pay on death bank account, survivorship rights to any property owned in joint tenancy, and any other similar thing. It does not automatically cancel the right of a spouse as beneficiary of the other spouse's life insurance policy. You should review these matters, as well as any credit cards, other credit accounts, insurance policies, retirement plans, and credit reports to determine whether they should be changed or whether you should take any other actions. However, some changes may require the agreement of your spouse or a court order (see Family Code sections 231–235).

**PETITION—MARRIAGE**
(Family Law)

Ex. F-46