IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY KLAYMAN,

        Plaintiff,

v.

JUDICIAL WATCH, et. al.

        Defendants.
_____/

**MOTION FOR EXTENSION OF TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Larry Klayman, hereby moves pursuant to Rules 4(m) and 6(b)(1) of the Federal Rules of Civil Procedure, moves for an extension of time of 10 days to file an opposition to Defendants' Motion to Dismiss and as grounds therefore would show:

1. On July 9, 2013 the Defendants filed a Motion to Dismiss in the above-styled action.

2. The current deadline to respond to Defendant's Motion to Dismiss is August 9, 2013.

3. The Plaintiff, who is representing himself pro se in this action, became very ill while traveling and even had to seek medical attention in a nearby emergency room.

4. Because of his illness, Plaintiff, himself an attorney, has been backlogged with work that must be attended to. In addition, his continued recovery from his illness is preventing him from working at his full capacity. To make matters worse, Plaintiff's small practice is spread thin during this Summer holiday season.

5. Some of the extensive work that requires attention includes an appellate brief due on August 8, 2013 before the D.C. Circuit (*Freedom Watch v. Obama*, No. 13-5109), as well as two other upcoming pleadings that are due on August 12, 2013 (*LA Drywall v. Thomas Nelson*, Orange County, FL, Circuit Court No. 2013- CA-6202) and August 13, 2013 (*Klayman v. City Pages*, Middle District of Florida, No. 5:13-CV-00143).

6. Neither party will be harmed nor prejudiced as a result of this brief extension.

7. No further extensions will be requested.

8. Plaintiff sought consent to this motion from Defendants' counsel. Defendants have not granted consent for this motion.

WHEREFORE, Plaintiff Larry Klayman respectfully requests that this Court grant an extension of 10 days, or until August 19, 2013, to file an opposition to Defendants' Motion to Dismiss.

Dated: August 6, 2013

>Respectfully submitted,
>
>*/s/ Larry Klayman*
>LARRY KLAYMAN
>2520 Coral Way, Suite 2027
>Miami, FL 33145
>(310) - 595-0800
>leklayman@gmail.com
>
>Plaintiff Pro Se

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Larry Klayman*
LARRY KLAYMAN

Plaintiff Pro Se


## SERVICE LIST

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

VIA CM/ECF