# EXHIBIT "2"

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JUDICIAL WATCH, et. al.<br><br>　　　　　　　Defendants. | Case No: 1:13-cv-20610-CMA |

## AFFIDAVIT OF LARRY KLAYMAN

　　LARRY KLAYMAN, pursuant to 28 U.S.C. §1746, makes the following declaration under penalty of perjury.

1. I am a citizen over the age of eighteen (18) and I am capable of making this affidavit.
2. I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.
3. I am a resident of Florida and at all material times resided in and did business in this judicial district.
4. I am the chairman and general counsel of Freedom Watch, Inc., a not-for-profit organization dedicated to promoting and protecting the public interest in matters of public concerns. Compl. ¶2. Prior to founding Freedom Watch, I was the founder and former chairman and general counsel of Judicial Watch, a similar non-profit organization as Freedom Watch. *Id.*
5. Judicial Watch is registered as "Foreign Non Profit Corporation within Florida," where it engages in legal and political activism. (Attached is a true and correct copy of the screen shot of the Florida Department of State's website evidencing Judicial Watch's Registration with the Florida Secretary of State; Exhibit "A"). Judicial Watch filed their 2013 Annual Report with the Florida Secretary of State on April 25, 2013. (Attached is a

1

true and correct copy of Judicial Watch's 2013 Annual Report filed with the Florida Secretary of State; Exhibit "B").

6. Judicial Watch maintains an office in Miami, Florida, with two employees, has a physical presence in this district, and conducts substantial business activities in this district. Aff. of Christopher J. Farrell, dated June 26, 2013, at 8; Aff. of Thomas J. Fitton, dated June 26, 2013, at 9; Aff. of Paul J. Orfanedes, dated June 26, 2013 at 8; Compl. at ¶¶ 2, 4.

7. Thomas J. Fitton is the President of Judicial Watch, Paul J. Orfanedes is the Director of Litigation of Judicial Watch, and Christopher J. Farrell is the Director of Research and Investigation for Judicial Watch. Aff. of Farrell, at 4; Aff. of Orfandes at 4; Aff. of Fitton, at 4. Constance Ruffley is an Office Administrator for Judicial Watch. Aff. of Constance S. Ruffley ("Aff. of Ruffley"), at 4.

8. Specifically, Ruffley falsely stated to Dr. Orly Taitz of the "Defend Our Freedom Foundation" that I had been "convicted" of a crime for not paying a large amount of child support in regard to my children. *Id.*

9. I have never been convicted of any crime in any circumstance. Additionally, I had a valid defense for not paying the child support as my obligation to pay the child support was nullified under Virginia law, since I had been completely and unlawfully denied access to my children. *Hartman v. Hartman,* 33 Vir. Cir. 373, 1994 WL 1031136 (Apr. 13, 1994).

10. The false and defamatory statement was, in fact, published on "The World's Leading Obama Eligibility Website." (Attached true and correct copy of the blog posting on Taitz' website containing the false statement that Plaintiff had committed a crime; Exhibit "C")

11. Specifically, prior to the above defamatory publication, it had become publicly known, through myself and others, that I planned to soon file a high profile case in Florida involving the eligibility of President Barack Obama to run as a candidate in Florida in regard to the state's primary and general election for 2012. Compl. ¶14.

12. Judicial Watch routinely represents individuals and interests with the same legal needs as those I represent.

13. I have, at all material times, resided in and conducted business in this district, and was a resident of Miami, Florida at the time Defendants made the false statement.

14. I left Judicial Watch in 2003, and ran as a candidate for the U.S. Senate in Florida in the Republican primary election. Compl. ¶ 2. When I ran for the U.S. Senate in Florida, I resided in and maintained my primary campaign headquarter on Alton Road in this district. Compl. ¶ 2.

15. I began my legal career in this district as an associate for Blackwell and Walker, which was the largest litigation firm in Florida at that time. Compl. ¶ 2. I was admitted into the Florida Bar on December 7, 1977 and became a member of the bar of this Court around the same time. Compl. ¶ 2. I have practiced law in this district continuously and extensively throughout my career, and have active cases pending in this district and elsewhere in Florida. Compl. ¶ 15.

16. Additionally, I have a mailing address in Florida, a driver's license issued by the state of Florida, and a Florida Concealed Weapon or Firearm License.

17. I represented the Cuban community in this district, obtaining a $1.8 million dollar judgment for Jose Basulto of Brothers to the Rescue against Fidel Castro and his government, in addition to representing the family of Elian Gonzalez as well. *Id.* I also represented Nicaraguan-American ballerina Alice Alyse in a discrimination lawsuit against the Broadway producers of "Movin' Out," a lawsuit based out of Miami and this Court. Compl. ¶ 3.

18. Similarly, Judicial Watch has an office in Miami, Florida, and a physical presence in this district. Judicial Watch has two employees at the Miami office. Aff. of Christopher J. Farrell, dated June 26, 2013, at 8; Aff. of Thomas J. Fitton, dated June 26, 2013, at 9; Aff. of Paul J. Orfanedes, dated June 26, 2013 at 8; Compl. at ¶¶ 2, 4.

19. I have personally gone to Florida with Thomas Fitton to visit the Miami office of Judicial Watch as well as to participate in the 2000 Bush v. Gore presidential election challenge and the Judicial Watch's annual conference which was held in Miami on or about October of 2001. In addition, Orfanedes has traveled to Miami for the conference and has been to Miami on many occasions.

20. Moreover, Judicial Watch engages in legal and public interest activism in this district and in this state. Judicial Watch participated in *Mi Familia Vota Education Fund v. Detzner* (No. 12-cv-1294, M.D. Fla.), among other cases.

21. In fact, it has recently come to my attention that, on June 26, 2012, Judicial Watch sought to intervene in an action on behalf of its members who are registered to vote in the state of Florida *U.S.A. v. State of Florida, et. al.* (No. 4:12-cv-285, N.D. Fla., Docket No. 28). Specifically, Judicial Watch (along with "True the Vote") filed a Motion for Intervention of Judicial Watch, Inc. and True the Vote on June 26, 2012.

22. I have reviewed Judicial Watch's Motion to Intervene, wherein Judicial Watch states that, "Judicial Watch has at least 18,728 members in the State of Florida. Each of these members made at least one financial contribution to [Judicial Watch] over the past two years, and thus helped to finance the activities of the organization during this time period." Motion to Intervene at 4.

23. Judicial Watch further states, in the above-mentioned Motion to Intervene, "at least 473 members of Judicial Watch who are registered to vote in Florida have communicated directly with Judicial Watch and requested that it take action to protect their interests from Plaintiff's misguided efforts to stop the State of Florida's list maintenance efforts." Motion to Intervene at 6.

24. Additionally, as evidenced in their article titled "Mayors with Big Political Ties Charged in Bribery Scheme," dated August 7, 2013, which is posted on Judicial Watch's website, Judicial Watch has conducted a recent investigation into two small town mayors who run

4

# Dr. Orly Taitz, Esquire

Defend Our Freedoms Foundation
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita CA, 92688
Copyright 2013

## World's Leading Obama Eligibility Challenge Web Site

If you love your country, please help me fight this creeping tyranny and corruption.
Donations no matter how small will help pay for airline and travel expenses.



The articles posted represent only the opinion of the writers and do not necessarily represent the opinion of Dr. Taitz, Esq., who has no means of checking the veracity of all the claims and allegations in the articles.

Mail donations to:
Defend Our Freedoms Foundation, c/o Dr. Orly Taitz
29839 Santa Margarita Pkwy, Ste 100
Rancho Santa Margarita, CA 92688.

Contact Dr. Taitz at
orly.taitz@gmail.com.
In case of emergency, call 949-683-5411.

*When the people fear their government, there is tyranny.*
*When the government fears the people, there is liberty.*
-- Thomas Jefferson

*During times of universal deceit, telling the truth*
*becomes a revolutionary act.* -- George Orwell

*First they ignore you, then they ridicule you, then they*
*fight you, then you win.* -- Mahatma Gandhi





# My yesterday's presentation to CCIR and update on article2SuperPAC-Larry Klayman $25,000 fundraising for non-existent law suit affair

**Posted on** | February 23, 2012 | 4 Comments

Article2superpac $25000 solicitation for Larry Klayman

Screen shot $25,000 solicitation for Larry Klayman lawsuits, February 10, 2012

Yesterday I gave a 2hour presentation of my platform as a candidate for the US Senate. The presentationwas given to some 100 CA voters in the Women's club of Garden Grove. I was told, that a representative of the Judicial Watch drove for over an hour from San Marino to hear me speak and talk to me. I got a very warm reception, after my presentation people stood up and applauded. This member of the judicial watch approached me and gave me her card. Her

name is Constance Ruffley and she is an office administrator for the Judicial Watch in their Western Regional Headquarters at 2540 Huntington Dr., San Marino. She told me, that she used to work for the FBI and that she worked for the Judicial Watch for many years. She actually initiated the discussion about Larry Klayman and told me that she heard that he is involved in birther cases. I told her that this group, article2superpac was soliciting money, that they sent an e-mail and posted on their site an advertisement on February 10, asking for $25,000, claiming that they need to raise $25,000 in 96 hours, as the cases in Florida and California need to be filed within a week. I told her, that it was a hard sell, they wrote it is now or never, saying finally Obama's team met their match, dissing 4 years of my tireless work in the process, and in the end nothing was filed by Larry Klayman. It is not clear what happened to all of the money that was raised, who got it.

Ms. Ruffley actually advised me that Larry Klayman is not licensed in California, she told me that he no longer works with the Judicial Watch and that donors should know about litigation in Ohio, where he was convicted just recentlty of not paying large amount in child support. She provided a lot of other information. I will publish only, what is a public record. I am not publishing anything, that is not in public record.

A number of individuals sent me this information:

Larry Klayman, 60, of Los Angeles, California, was indicted on two (2) counts of criminal non-support. He owes $78,861.76 for his two children ages 11 and 14. Two hearings were held in Domestic Relations Court between 2009 and 2010. The last voluntary payment was made on August 30, 2011, in the amount of $1,014.26. Arraignment is scheduled for February 7, 2012.

http://www.politicalforum.com/current-events/232994-breaking-democrat-files-ballot-challenge-objection-against-obama-florida-2.html

FWIW, you might want to read this suit (below) filed against Kayman…from the time this suit was filed against Klayman (2007), he has not honored his promise to pay back what the court ordered, even though it was nowhere near the $25,000 he was trusted with. I would be worried too, if I had donated money to this man.

IN THE SUPREME COURT OF FLORIDA
THE FLORIDA BAR, Supreme Court Case
No.
Complainant,vs. No. 2011-70,621(11A)

LARRY ELLIOT KLAYMAN,
Respondent.
COMPLAINT

3. On or about November 11, 2007, Natalia Humm ("Humm") filed a grievance against Respondent (Larry Klayman) alleging that he had had failed to provide services in her criminal case after she paid him a $25,000 retainer.

http://www.floridabar.org/DIVADM/ME/MPDisAct.nsf/DISACTVIEW/261D0D4E01FD99C8852578FC00812578/$FILE/246220_12.PDF

Yesterday I got an e-mail from Pamela Barnett titled: "Larry Klayman did not get nearly his retainer". When Barnett wrote that Klayman did not get nearly his retainer, it means, that he got something. Barnett did not disclose, what did he get. What does it mean? According to the solicitation by a pack of bloggers in this article2Superpac, all of these bloggers were heavily soliciting a total of $25,000. Nobody knows, how much did they actually raise. Additionally, Barnett claims, that she and George Miller are no longer connected with the article2superpac, however the Article2superpac and solicitation for donations for article2superpac is located at the top of the blog, ObamaBallotChallenge which is administered by Barnett and Miller. The link

http://www.art2superpac.com/floridaballot.html shows the actual article. The PDF and screenshot are at the top of the page.

"Not nearly his retainer" can be $15,000 out of $25,000, it can be $10,000. Bottom line, nobody knows, how much Klayman actually got. The question is, why was he paid anything, if he did not file the law suits, as he was supposed to?

Later I got an e-mail from Tony Dolz, who is not on the board of the Article2Superpac, but who is in contact with a number of the board members of this PAC, who stated, that he had a discussion with George Miller, who is on the board of the Article2superpac, who runs a blog ObamaBallotChallenge together with Barnett. According to Dolz, Miller stated, that Klayman was not paid anything.

The question is: who is lying? Was Klayman paid or not? If he was paid, than he needs to refund the donors, as he did not file law suits as he was supposed to. If the bloggers raised money and did not pay Klayman, the bloggers need to refund the money to the donors. The press release, that was issued by Article2Superpac on February 10, 2012 clearly stated, that the donors are asked to donate $25,000 to pay Larry Klayman, that they have 96 hours to raise this large sum of money. The article also stated that the law suits are supposed to be filed within 1 week. It is now or never(see the article above). So, there were clear parameters: this pack of bloggers was soliciting from the public a large sum of money specifically to pay attorney Larry Klayman: $25,000 to file 2 law suits in FL and CA within a week, by February 17,2012. Those law suits were never filed and the public should be refunded all of the money that was donated for this specific purpose. All of the bloggers, who ran this solicitation, need to provide accounting for the public, how much money did they raise in total and where did this money go. Actually, donors can report this to their District Attorneys. If the public donated for specific purpose and did not get the benefit, the public was defrauded and this is a criminal matter. People went to prison for things like that.

There are 5 board members of this Article2superpac:

1. Helen Tansey-blogger, president of the Article2SuperPAC

Case 1:13-cv-20610-CMA Document 39-2 Entered on FLSD Docket 12/05/2013 Page 8 of 15

7/29/13 My yesterday's presentation to CCIR and update on article2SuperPAC-Larry Klayman $25,000 fundraising for non-existent law suit affair | Dr. Orly Taitz, Es…

2. Garry Wilmott, blogger GiveUSLiberty1776

3. Bob Nelson-blogger, runs ORYR (ObamaReleaseYourRecords) or BirtherReport (I got information, that Bob nelson might be a pseudonym for richard Garoutte, but I am not sure).

4. George Miller runs blog ObamaBallotChallenge together with Pamela Barnett (another supporter stated, that Pamela Barnett is on the board instead of George Miller, I am not sure about that)

5. Kevin Powell, a cameraman, I don't know, what blog does he run

Additionally several other bloggers were running solicitation of this Article@superpac on their blogs, among them

Dean Haskins, blogger "BirtherSummit"

Sam Sewell blogger 'steady drip", Charles Kerchner and a few others.

All of these people are supposed to refund the public all of the money, that they raised for these law suits that were supposed to be filed by Larry Klayman by the February 17, 2012 deadline, as those law suits were never filed. The public never got the benefit of the what they paid for.

This is the reason, why I stated before, that if you want to donate to the work of a specific attorney, donate directly and you know, where the money is going. When you donate to a gang of bloggers, claiming that the money is going to attorneys for legal expenses, you have no idea where the donations are going.

Share / Save

Category: Events, HOT ITEMS!, Latest News, Legal Actions, LINKS, Supporting Documentation

## Comments

4 Responses to "My yesterday's presentation to CCIR and update on article2SuperPAC-Larry Klayman $25,000 fundraising for non-existent law suit affair"

1. Bloodless Coup
   February 23rd, 2012 @ 7:20 am

   I was intially excited about Larry Klayman, and helped the news about him to go viral. Now I am wondering about him and what his true motives might be.

2. Florence Stone
   February 23rd, 2012 @ 2:51 pm

   I smelled a rat from the get-go. Asking for $25,000 for 2 lawsuits sounded way out of the ballpark to me, so I did not bite. Seemed like an attempt to scam money on the backs of people wanting to expose Obama, and nothing more. Glad Orly stays on top of things like this for us. WHERE DOES SHE FIND THE TIME?? Talk about multi-tasking, I think Orly is the Queen of that as well!

3. Phillip E. Pennington
   February 27th, 2012 @ 6:54 am

   Obama's administration is doing the same to Orly as they did (and are still doing) to Dr Judy Wood regarding "Where did the Towers Go". They slide a shil into "leading honest intention" down a hill and into the forrest and away from the main target. Dr Orly Taitz is the finest there is!

4. Scentsy,Scentsy Candles,Scentsy Wickless Candles,Buy Scentsy,Buy Scentsy Candles,Buy Scentsy Wickless Candles,Buy Scentsy Online,Buy Scentsy Candles Online,Buy Scentsy Products,Buy Scentsy Products Online,Buy Scented Candles,Buy Scented Candles Online,Joi
   April 9th, 2012 @ 11:48 pm

   I have read some excellent stuff here. Definitely worth bookmarking for revisiting. Thanks!

Leave a Reply

Name (required)

Email Address(required)

Website

Comments

[Submit Comment]

- Search for: [    ] [Search]
- 

- **Petition the White House to institute Edward Snowden, National Whistleblower – Patriots against Government Corruption Day**



- **URGENT! PLEASE SIGN PETITION TO CONGRESS**



Start immediate investigation of Barack Obama's use of forged IDs and a CT SSN which was

demand congressional investigation of Obama due to Obama's use of forged IDs

54,454 Actions Taken So Far

[Take Action]

Created by Petition2Congress

- **YouTube Indiana Trial of Obama !**

- **Indiana Trial of Obama, 2nd Copy**

- **Mailing List**

  Sign up for free update to your email.
  Name:
  Email:
  [Submit]

  Powered by WP Email Capture

- **Evidences on Barack Obama**

  Affidavit of Paul Irey
  Obama file Exhibits 1 - 7
  Obama file Exhibit 8 - Part 1
  Obama file Exhibit 8 - Part 2
  Obama file Exhibits 9-13
  Obama file Exhibits 14-21
  Request for Docs under FOIA and Emergency Motion for Reconsideration
  Exhibits sent to Inspector Generals and Congress

- **RSS Feed: Subscribe for Free RSS Feed**

  

- **Dr. Orly Taitz, Esquire**

  o More tyranny from Holder Justice Department. DOJ sued a school board in CA for refusing a girl who thinks she is a boy to use boys bathroom and locker room. What will they do if one of the boys gets her pregnant, will they tell her to think that she is not pregnant?

  If you would like
  to advertize here,
  please call
  949-683-5411.

- **Official website for Orly Taitz for U.S. Senate 2012**

  ORLY TAITZ
  U.S. SENATE

- **Official Facebook**



- **Recent Posts**
    - Call House Majority leader Eric Cantor and demand his resignation or his abandonment of Amnesty bill which "will devastate American workers" according to Senator Sessions and everyone else with at least half a brain in his head.

- **IMPORTANT NOTICES – PLEASE READ!**



**Historic DVD Now Available!** DVD of the historic trial in GA and DVD of a historic testimony in NH, where evidence was provided showing Obama using a forged birth certificate and a stolen social security number. The DVDs are in a beautiful commemorative case with personal autographs from attorney Dr. Orly Taitz $22.50 each +$2.50 for shipping and handling. --------- To order these DVDs, donate $25.00 by credit card on the website RunOrlyRun.com and email orly.taitz@gmail.com with you name and address. Or send a $25.00 check with your name and address to: Orly Taitz for US Senate 2012, 29839 Santa Margarita ste 100, RSM, CA 92688.

- **Other Sites**

 Alan Keyes - Loyal to Liberty

 FedUpUSA.Net

Post & Email

 Rick Baker Show

- **Blogroll**
    - Conservative Monster
    - Give Us Liberty Blog

- - How to contact public Integrity unit
  - Mailing List
  - Orly Taitz before NH Election Committee
  - Paypal Donate
  - quicken 2013
  - quicken 2013 download
  - turbotax 2012
  - turbotax 2012

- **Media Links**

  - Orly Taitz for U.S. Senate 2012

- **Advertisement / Sponsors**

  **Vote Dr. Orly Taitz for U.S. Senate 2012 in CA**

  

  ---

  Please make a donation to Dr. Orly Taitz for CA U.S. Senate 2012 Campaign

  ---

  29839 Sta Margarita Pkwy, Ste 100
  Rancho Sta Margarita, CA 92688
  orly.taitz@gmail.com
  (949) 766-7687

  ---

   Videography by Barbara Rosenfeld

  ---

**Bumper Sticker**
**$9.99 thru PayPal**

---

---

## Orly Taitz Photo Collections





 The People's Senator.

She fights for America!

- 
- 

July 2013
| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Jun

- **SSL Seal**

- **Share**

- **Pages**
    - 
    - 
    - ...Defendant Obama defaulted in Grinols et al v Obama et al
    - ...Grinols Subpoenas
    - ..Grinols Order, Summons, TRO, Complaint
    - .Affidavit of Mike Zullo
    - 1. Judd v Obama
    - 2. Farrar v Obama
    - 3. Taitz v Sebelius
    - 4. Taitz v Indiana, IN Judge Orders Trial
    - 5. Taitz v Astrue
    - 6. Mississippi Filed Complaint Update
    - 7. Taitz Walters v Sec of State Kansas
    - Videos
    - Video: Orly before NH Election Committee

- **Archives**
    - July 2013
    - June 2013

  - May 2013
  - April 2013
  - March 2013
  - February 2013
  - January 2013
  - December 2012
  - November 2012
  - October 2012
  - September 2012
  - August 2012
  - July 2012
  - June 2012
  - May 2012
  - April 2012
  - March 2012
  - February 2012
  - January 2012
  - December 2011
  - November 2011
  - October 2011
  - September 2011
  - August 2011
  - July 2011
  - June 2011
  - May 2011
  - April 2011
  - March 2011
  - February 2011
  - January 2011
  - December 2010
  - November 2010
  - October 2010
  - September 2010
  - August 2010
  - July 2010
  - June 2010
  - May 2010
  - April 2010
  - March 2010
  - February 2010
  - January 2010
  - December 2009
  - November 2009
  - October 2009
  - September 2009
  - August 2009
  - July 2009
  - June 2009
  - May 2009
  - April 2009
-

Elements of SEO is Powered by WordPress | Website Design - Drew Stauffer | Accessible Website Development - Alibi Productions

41857922