# EXHIBIT "3"



# Cuyahoga County Court of Common Pleas
## Criminal Court Division

| State of Ohio, | | A True Bill Indictment For |
|---|---|---|
| | Plaintiff | **Criminal Nonsupport - F5** |
| vs. | | §2919.21(B) |
| Larry Klayman, | | |
| | Defendant | 1 Additional Count(s) |

| Dates of Offense (on or about) | The Term Of | Case Number |
|---|---|---|
| 09/25/2009 to 09/24/2011 | January of 2012 | 558506-12-CR |

The State of Ohio, } ss.  CR12558506-A    72137676
Cuyahoga County

| **Count One** | **Criminal Nonsupport - F5** §2919.21(B) |
|---|---|
| **Defendants** | Larry Klayman |
| **Date of Offense** | On or about September 25, 2009 to September 24, 2011 |

*The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully*

did recklessly fail to provide support as established by a court order to Isabelle, whom, by court order or decree, Larry Klayman was legally obligated to support.

FURTHERMORE, the offender failed to provide support for a total accumulated period of twenty-six weeks out of one hundred four consecutive weeks.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

RECEIVED FOR FILING

JAN 2 4 2012

GERALD E. FUERST
BY _____ DEP.

_Michael P. Killa_                                    _Bill Mason_
Foreperson of the Grand Jury                          Prosecuting Attorney

Page 1 of 2

Cuyahoga County Court of Common Pleas | A True Bill Indictment

| | |
|---|---|
| **Count Two** | **Criminal Nonsupport - F5**<br>§2919.21(B) |
| **Defendants** | Larry Klayman |
| **Date of Offense** | On or about September 25, 2009 to September 24, 2011 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did recklessly fail to provide support as established by a court order to Lance, whom, by court order or decree, Larry Klayman was legally obligated to support.

FURTHERMORE, the offender failed to provide support for a total accumulated period of twenty-six weeks out of one hundred four consecutive weeks.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

THE STATE OF OHIO  
Cuyahoga County } SS.  I, THE CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY ... TRULY TAKEN AND ... ORIGINAL ... NOW ON FILE ... WITNESS MY ... SEAL OF SAID COURT ... IS 27 DAY OF Sep 20 13  
CUYAHOGA COUNTY CLERK OF COURTS  
By _____, Deputy

_____  
Michael P. Killa  
Foreperson of the Grand Jury

_____  
Bill Mason  
Prosecuting Attorney

Page 2 of 2