UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY E. KLAYMAN,

     Plaintiff,

v.

JUDICIAL WATCH, INC.,

     Defendant.

_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition of the following:

    **NAME:**          LARRY E. KLAYMAN

    **DATE:**           January 27, 2014

    **TIME:**            10:00 a.m.

    **ADDRESS:**     Merrill Court Reporting Services
                        c/o New Wave Reporting
                        701 Brickell Ave., Suite 1550
                        Miami, FL 33131

Dated: **January 9, 2014**          Respectfully submitted,

                                    SCHWED KAHLE & KRESS, P.A.
                                    11410 North Jog Road, Suite 100
                                    Palm Beach Gardens, FL 33418
                                    Telephone: (561) 694-0070
                                    Facsimile: (561) 694-0057

                                    /s/ Douglas J. Kress
                                    Douglas J. Kress, Esq.
                                    Florida Bar No.: 0061146
                                    Email: dkress@schwedpa.com

                                    *Attorneys for Defendant Judicial Watch, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **<u>January 9, 2014</u>**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Douglas J. Kress
Douglas J. Kress, Esq.
Florida Bar No.: 0061146

## <u>SERVICE LIST</u>

LARRY KLAYMAN, ESQ.
2520 Coral Way, Suite 2027
Miami, FL 33145
Telephone: (310) 595-0800
Email: leklayman@gmail.com

VIA CM/ECF


cc:     Merrill Court Reporting Services