UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20610-CIV-ALTONAGA/Simonton

**LARRY E KLAYMAN**,

     Plaintiff,
vs.

**JUDICIAL WATCH, INC.**, *et al.*,

     Defendants.
_____/

## ORDER STRIKING DISCOVERY NOTICE

THIS CAUSE came before the Court *sua sponte*. On January 9, 2014, Defendant filed a Notice of Taking Deposition ("Notice") **[ECF No. 45]**. Pursuant to Local Rule 26.1(b), discovery responses and notices "must not be filed with the Court or the Clerk of the Court, nor proof of service thereof, until they are used in the proceeding or the court orders filing." The notices have not been used in the proceeding, nor has the Court ordered their filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Notice **[ECF No. 45]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of January, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record