UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.   13-20610-CIV-ALTONAGA

**LARRY E. KLAYMAN**,

    Plaintiff,
vs.

**JUDICIAL WATCH, INC.**, *et al.*,

    Defendants.
_____/

## NOTICE SETTING TELEPHONIC HEARING

PLEASE TAKE NOTICE that a status conference regarding Defendant's Motion for Summary Judgment [ECF No. 38] has been scheduled on January 14, 2014 at 1:00 p.m.  The parties may appear by phone and are instructed to call 1-888-684-8852 on the date and time set forth above.  The access code is 3156459 and the password is 5510.  **For clarity, please do not use a cell phone or a speaker phone.**

Date:   January 10, 2014

                                           STEVEN M. LARIMORE, CLERK

                             By:   /s/   Patricia Snead
                                 Courtroom Deputy for the
                               Honorable Cecilia M. Altonaga
                                     (305) 523-5515

cc:      counsel of record