UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY E. KLAYMAN,

    Plaintiff,

v.

JUDICIAL WATCH, INC.,

    Defendant.
_____/

## NOTICE OF STRIKING REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT DE #50

Defendant, JUDICIAL WATCH, INC., hereby gives Notice of Striking DE #50, Reply Brief in Further Support of Motion for Summary Judgment, which was inadvertently filed via CM/ECF through attorney Douglas A. Kahle, instead of Attorney Douglas J. Kress. Furthermore, please remove Douglas A. Kahle, Esq. from the CM/ECF Service List.

Dated: **January 14, 2014**

    Respectfully submitted,

    SCHWED KAHLE & KRESS, P.A.
    11410 North Jog Road, Suite 100
    Palm Beach Gardens, FL 33418
    Telephone: (561) 694-0070
    Facsimile: (561) 694-0057

    /s/ Douglas J. Kress
    Douglas J. Kress, Esq.
    Florida Bar No.: 0061146
    Email: dkress@schwedpa.com
    *Attorneys for Defendant Judicial Watch, Inc.*

*Klayman v. Judicial Watch, Inc., et al*
*Case No. 13-20610-CIV*
*Page 2*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 14, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Douglas J. Kress
Douglas J. Kress, Esq.
Florida Bar No.: 0061146

## SERVICE LIST

LARRY KLAYMAN, ESQ.
2520 Coral Way, Suite 2027
Miami, FL 33145
Telephone: (310) 595-0800
Email: leklayman@gmail.com

VIA CM/ECF