UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY E. KLAYMAN,

    Plaintiff,

v.

JUDICIAL WATCH, INC.,

    Defendant.

_____/

## AMENDED NOTICE SETTING TELEPHONIC HEARING

PLEASE TAKE NOTICE that a Discovery Telephonic Hearing before Magistrate Judge Simonton has been scheduled for **January 29, 2014** at **11:30 a.m.** regarding Plaintiff's Notice of Deposition of Orly Taitz, which was served on January 24, 2014 and attempts to schedule the deposition for January 30, 2014.  The parties dispute whether sufficient notice has been provided for the deposition, whether the date was appropriately coordinated with counsel and whether defendant is available for the deposition.

The parties may appear by phone and are instructed to call (866) 280-7459 on the date and time set forth above.  The Conference Code is 5781660.

Dated: **January 28, 2014**　　　　　　　Respectfully submitted,

                                            SCHWED KAHLE & KRESS, P.A.
                                            11410 North Jog Road, Suite 100
                                            Palm Beach Gardens, FL 33418
                                            Phone: (561) 694-0070 Fax: (561) 694-0057

                                            /s/ Douglas J. Kress_____
                                            Douglas J. Kress, Esq.
                                            Florida Bar No.: 0061146
                                            Email: dkress@schwedpa.com
                                            *Attorneys for Defendant Judicial Watch, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 28, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Douglas J. Kress
Douglas J. Kress, Esq.
Florida Bar No.: 0061146

## SERVICE LIST

LARRY KLAYMAN, ESQ.
2520 Coral Way, Suite 2027
Miami, FL 33145
Telephone: (310) 595-0800
Email: leklayman@gmail.com

VIA CM/ECF