UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY E. KLAYMAN,

    Plaintiff,

v.

JUDICIAL WATCH, INC.,

    Defendant.
_____/

## NOTICE OF CANCELLATION OF TELEPHONIC HEARING

PLEASE TAKE NOTICE that the Discovery Telephonic Hearing before Magistrate Judge Simonton scheduled for **January 29, 2014** at **11:30 a.m.** regarding Plaintiff's Notice of Deposition of Orly Taitz, which was served on January 24, 2014 and attempts to schedule the deposition for January 30, 2014 has been **cancelled**. The parties have agreed that the deposition will not go forward.

Dated: **January 29, 2014**

Respectfully submitted,

SCHWED KAHLE & KRESS, P.A.
11410 North Jog Road, Suite 100
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057

/s/ Douglas J. Kress
Douglas J. Kress, Esq.
Florida Bar No.: 0061146
Email: dkress@schwedpa.com
*Attorneys for Defendant Judicial Watch, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 29, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Douglas J. Kress_____
Douglas J. Kress, Esq.
Florida Bar No.: 0061146

## SERVICE LIST

LARRY KLAYMAN, ESQ.
2520 Coral Way, Suite 2027
Miami, FL 33145
Telephone: (310) 595-0800
Email: leklayman@gmail.com

VIA CM/ECF