UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20610-CIV-ALTONAGA/Simonton

**LARRY E. KLAYMAN**,

    Plaintiff,
vs.

**JUDICIAL WATCH, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Larry E. Klayman's ("Klayman['s]") Motion for Order to Show Cause ("Motion") [ECF No. 58], filed January 28, 2014. Klayman seeks an order to show cause why witness Orly Taitz should not be held in contempt for refusing to comply with a *Subpoena Duces Tecum* and testify at a deposition scheduled for January 30, 2014.

Local Rule 7.1 provides, "Every motion when filed shall incorporate a memorandum of law citing supporting authorities, except that [certain] motions need not incorporate a memorandum." S.D. FLA. L.R. 7.1(a)(1). Klayman's Motion fails to incorporate a memorandum of law, and the Motion is not one of the enumerated exceptions to the Local Rule. *See id.* 7.1(a)(1)(A)–(L).

Moreover, the Motion concerns discovery and as such must comply with the Court's outlined discovery procedures. As the parties are aware, all discovery matters are referred to Magistrate Judge Andrea M. Simonton, pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules. Counsel must confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before noticing the dispute for Magistrate

Case No.   13-20610-CIV-ALTONAGA

Judge Simonton's discovery calendar.   If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, they shall not file written motions.   Rather, the "moving party" shall contact the chambers of Magistrate Judge Simonton at (305) 523-5930 and place the matter on the next available discovery calendar.   Currently, the parties have a discovery hearing before Magistrate Judge Simonton scheduled for January 29, 2014 at 11:30 a.m.   (*See* [ECF. No. 57]).

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 58]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of January, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record