IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY KLAYMAN,

        Plaintiff,

v.

JUDICIAL WATCH, et. al.

        Defendants.

_____/

### NOTICE SETTING TELEPHONIC HEARING

PLEASE TAKE NOTICE that a Discovery Telephonic Hearing before Magistrate Judge Simonton has been scheduled for **February 21, 2014** at **11:00 a.m.** regarding Plaintiff's Subpoena to Testify at a Deposition of Orly Taitz, which set Ms. Taitz for a deposition on January 30, 2014. Ms. Taitz refused to obey the subpoena and appear for a deposition on January 30, 2014, or any other time or day. Ms. Taitz not only refused to obey the subpoena, but failed to object to the subpoena and has therefore waived all objections. Plaintiff seeks to compel and an order to show cause to have Ms. Taitz appear for her deposition. Ms. Taitz along with defendants published the actionable libelous material at issue in this lawsuit which damaged Plaintiff Larry Klayman.

The parties may appear by phone and are instructed to call the chambers of Magistrate Andrea M. Simonton at (305) 523-5930.

Dated: February 14, 2014

                                Respectfully Submitted,

                                */s/ Larry Klayman*

LARRY KLAYMAN
2520 Coral Way, Suite 2027
Miami, FL 33145
(310) 595-0800
leklayman@gmail.com

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              */s/ Larry Klayman*
              LARRY KLAYMAN

              Plaintiff Pro Se

## SERVICE LIST

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

VIA CM/ECF