IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY KLAYMAN,

        Plaintiff,

v.

JUDICIAL WATCH, et. al.

        Defendants.
_____/

**PRAECIPE**

Plaintiff, Larry Klayman, hereby advises the Court, as discussed at a prior telephonic status conference, that he intends to supplement the record with newly taken discovery of the directors of Judicial Watch and the office administrator who published the defamatory statements at issue. Copies and DVDs of these depositions were just obtained from the court reporters. In addition, a motion for order to show cause with regard to the person whose website initially published the defamatory statements is set to be argued on Friday, February 21, 2014 at 11:00 a.m. before Magistrate Andrea M. Simonton. Should the Magistrate Judge grant this motion, Ms. Orly Taitz will be deposed and this testimony will also be used to supplement the record on a timely basis.

Plaintiff is aware that the Court instructed the parties to refile their pleadings so the revised pleadings will contain this discovery information and the Court will have all of the argument in one updated set of pleadings.

Dated: February 18, 2014

              Respectfully submitted,

              */s/ Larry Klayman*
              LARRY KLAYMAN
              2520 Coral Way, Suite 2027
              Miami, FL 33145
              (310) - 595-0800
              leklayman@gmail.com

              Plaintiff Pro Se

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Larry Klayman*
      LARRY KLAYMAN

      Plaintiff Pro Se

## SERVICE LIST

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

VIA CM/ECF

3