# Exhibit 1

# In The Matter of:

*LARRY E. KLAYMAN*

*v.*

*JUDICIAL WATCH, INC.*

_____

*THOMAS J. FITTON*

*January 29, 2014*

_____

**MERRILL LAD**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

```
 1      A    I'm not sitting for -- this is -- this is

 2    insanity.

 3      Q    Do you know who Peter Paul is?

 4           MR. KRESS:  Let's -- let's try to -- are

 5    you almost --

 6           MR. KLAYMAN:  Yeah, I am almost wrapping

 7    up.

 8           MR. KRESS:  Let's try to wrap it up.

 9           MR. KLAYMAN:  I am trying to wrap it up.

10           THE WITNESS:  Now he -- now he's trying to

11    get into questions relating to a pending bar

12    proceeding against him on his ethical misconduct as

13    found by a court, and now he's trying to get

14    testimony for, again, an improper purpose for

15    another proceeding.  I'm not doing this.

16           MR. KRESS:  What's the -- what's the

17    purpose for the relevancy of Mr. Paul?

18           THE WITNESS:  I mean, I'm going to tell the

19    bar you're harassing a witness in a proceeding

20    against you if you want to proceed here.  This is

21    ridiculous.

22    BY MR. KLAYMAN:
```