# Exhibit 1

## Tom Fitton

**From:** Paul Orfanedes
**Sent:** Wednesday, August 29, 2012 7:27 PM
**To:** Tom Fitton; Christopher Fedeli; Susan Prytherch; Steve Andersen
**Subject:** FW: UROC Fall Convention, Saturday, October 13, 2012

FYI.

**From:** Constance Ruffley [mailto:sarawick@pacbell.net]
**Sent:** Tuesday, August 28, 2012 7:00 PM
**To:** Orly Taitz
**Subject:** UROC Fall Convention, Saturday, October 13, 2012

Dear Dr. Taitz,

Here is the information about the Fall Convention for United Republicans of California (UROC). It will be held on Saturday, October 13, 2012, 9:00 a.m. to 3:00 p.m., at the Embassy Suites, 211 East Huntington Drive, Arcadia, CA.

For further information, anyone can call 626-422-1699.

As soon as possible, PLEASE replace the information you currently have on your website with the above! In addition, please remove any reference to "the Judicial Watch" as Judicial Watch has no connection to UROC whatsoever. I work for Judicial Watch but, on my personal time, I am Chairman of UROC.

Thank you very much. If you have any questions, please feel free to call me at 626-422-1699 or my home, 626-287-4540.

Sincerely,

Connie Ruffley
Chairman, United Republicans of California (UROC)

JW000513

## Tom Fitton

| | |
|---|---|
| **From:** | Constance Ruffley <sarawick@pacbell.net> |
| **Sent:** | Monday, January 07, 2013 2:41 PM |
| **To:** | Tom Fitton; Paul Orfanedes; Chris Farrell |
| **Subject:** | Fw: Judge orders eligibility attorney to stay away |

(From my sister-in-law)

Klayman is at it again!  Read if you're interested.  The truly disturbing thing, however, is that the judge DID refer to a fictitious movie to make his ruling!!

Connie

--- On **Sun, 1/6/13, Price Sloan <*psloan3500@ca.rr.com*>** wrote:

From: Price Sloan <psloan3500@ca.rr.com>
Subject: Judge orders eligibility attorney to stay away
To: Undisclosed-Recipient@yahoo.com
Date: Sunday, January 6, 2013, 7:14 PM

Holy crap!  Do these people running our country have no brains?  Quoting the fictitious judge from the movie "Miracle on 54th Street" no less.  I think the scarecrow from Wizard of Oz has more brains than these jokers!

http://www.wnd.com/2013/01/judge-orders-eligibility-attorney-to-stay-away/

JW000508