## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.   13-20610-CIV-ALTONAGA

**LARRY E. KLAYMAN**,

 Plaintiff,

vs.

**JUDICIAL WATCH, INC.**, *et al.*,

 Defendant.

_____/

### NOTICE SETTING TELEPHONIC HEARING

 PLEASE TAKE NOTICE that a status conference has been scheduled for February 21, 2014 at 10:30 A.M.  The parties may appear by phone and are instructed to call 1-888-684-8852 on the date and time set forth above.  The access code is 3156459 and the password is 5510.

**For clarity, please do not use a cell phone or a speaker phone.**

Date:  February 19, 2014

        STEVEN M. LARIMORE, CLERK

      By:  ___/s/   Patricia Snead_____
        Courtroom Deputy for the
        Honorable Cecilia M. Altonaga
        (305) 523-5515

cc:  counsel of record