UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20610-CIV-ALTONAGA/Simonton

**LARRY E. KLAYMAN**,

     Plaintiff,
vs.

**JUDICIAL WATCH, INC.**, *et al.*,

     Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a hearing [ECF No. 72], held on February 21, 2014. At issue was Plaintiff, Larry E. Klayman's ("Klayman['s]") intention to rebrief his submissions regarding summary judgment in light of new information revealed during discovery. On December 5, 2013, Defendant, Judicial Watch, filed a Motion for Summary Judgment . . . [ECF No. 38], to which Plaintiff responded [ECF No. 46], and to which Defendant replied [ECF No. 52]. Also addressed at the hearing was Klayman's Consent Motion in Limine and to Seal Portion of Fitton Deposition Transcript ("Motion *in Limine*") [ECF No. 70], filed February 20, 2014.

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Summary Judgment **[ECF No. 38]** is **DENIED without prejudice**. Defendant may file a revised motion for summary judgment on or before **February 28, 2014**.

2. The Motion *in Limine* **[ECF No. 70]** is **DENIED as moot**.

Case No.   13-20610-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 21st day of February, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record