UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20610-CIV-ALTONAGA/SIMONTON

LARRY E. KLAYMAN,

    Plaintiff,

v.

JUDICIAL WATCH, INC.,

    Defendant.

_____/

## ORDER FOLLOWING DISCOVERY CONFERENCE

This matter is before the Court following an informal discovery conference where Plaintiff failed to appear. The Honorable Cecilia M. Altonaga, United States District Judge, has referred all discovery matters to the undersigned Magistrate Judge (DE # 21). Plaintiff noticed this hearing for March 5, 2014, at 10:00 a.m. to address the Defendants failure to produce documents in response to notices of deposition and subpoenas (DE # 77). On March 3, 2014, Plaintiff submitted as source materials a motion to compel (DE # 66) that the Court had previously denied and two emails. On that same day, the Court entered an Order striking the source materials as non-compliant with the Court's discovery procedures (DE # 84). That Order also required Plaintiff to submit proper source materials by noon on March 4, 2014. (*Id.*). After that deadline passed, the Court attempted to contact Plaintiff at the telephone number in the Court's CM/ECF system, which was disconnected, and at a number previously provided by Plaintiff's assistant, which went unanswered and had no voicemail capabilities.

On March 5, 2014, Plaintiff failed to appear for the 10:00 a.m. hearing. Defense counsel indicated that he had last communicated with Plaintiff's assistant on February

28, 2014, and had no knowledge concerning Plaintiff's whereabouts.  The Court waited for Mr. Klayman to appear until 10:18 a.m. and then orally denied the requested relief.

Based on the foregoing, the Court **DENIES** the relief requested by Plaintiff in the notice of hearing for his failure to appear at the hearing he noticed and his failure to comply with the Court's Order requiring the submission of supplemental source materials.  Morever, the Court reminds Plaintiff of his obligation under Local Rule 11.1(g) to update all contact information on CM/ECF within seven (7) days of a change.

**DONE AND ORDERED** in Miami, Florida, on March 5, 2014.

_____
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
　　The Honorable Cecilia M. Altonaga
　　Counsel of Record