# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **LARRY E. KLAYMAN** | **EXHIBIT AND WITNESS LIST ON BEHALF OF DEFENDANT JUDICIAL WATCH, INC.** |
| v. | |
| **JUDICIAL WATCH, INC.** | **CASE NO.: 13-20610-CIV-ALTONAGA/Simonton** |

Defendant Judicial Watch, Inc., though counsel, files the following Exhibit and Witness List.

| PRESIDING JUDGE THE HONORABLE JUDGE CECILIA M. ALTONAGA | | | | | PLAINTIFF'S ATTORNEY LARRY E. KLAYMAN | DEFENDANT'S ATTORNEY DOUGLAS J. KRESS |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) TRIAL PERIOD MAY 19, 2014 – MAY 30, 2014 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 1 | | | | Certified copy of September 24, 2009 Judgment Entry from *Larry Elliot Klayman v. Stephanie Ann DeLuca,* Court of Common Pleas Domestic Relations Cuyahoga County, Ohio, Case No. DR07 316840 | |
| | 2 | | | | Certified copy of June 24, 2011 Judgment Entry from *Larry Elliot Klayman v. Stephanie Ann DeLuca,* Court of Common Pleas Domestic Relations Cuyahoga County, Ohio, Case No. DR07 316840 | |
| | 3 | | | | January 24, 2012 Indictment from *State of Ohio v. Larry Klayman, Cuyahoga* Court of Common Pleas, Criminal Court Division, Case NO. 558506-12-CR | |
| | 4 | | | | March 16, 2010 Capias for Larry Klayman from *Larry Elliot Klayman v. Stephanie Ann DeLuca,* Court of Common Pleas Domestic Relations Cuyahoga County, Ohio, Case No. DR07 316840 | |
| | 5 | | | | Certified copy of Capias on Indictment dated March 16, 2012 from *State of Ohio v. Larry Klayman, Cuyahoga* Court of Common Pleas, Criminal Court Division, Case NO. 558506-12-CR | |
| | 6 | | | | Motion to Continue Arraignment dated March 9, 2012 from *State of Ohio v. Larry Klayman, Cuyahoga* Court of Common Pleas, Criminal Court Division, Case No. 558506-12-CR | |
| | 7 | | | | Press Release from Cuyahoga County Prosecutor dated February 3, 2012 | |
| | 8 | | | | Email from Larry Klayman to Orly Taitz dated February 24, 2012 at 4:22 PM | |
| | 9 | | | | Email from Larry Klayman to Orly Taitz dated February 26, 2012 at 9:39 AM | |
| | 10 | | | | Email from Orly Taitz to Larry Klayman dated February 26, 2012 at 9:45 AM | |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| LARRY E. KLAYMAN v. JUDICIAL WATCH, INC. | | | | | CASE NO. 13-20610-CIV-ALTONAGA/Simonton |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 11 | | | | Email from Larry Klayman to George J. Miller dated February 8, 2012 at 9:44 AM |
| | 12 | | | | Amended Complaint from *Michael C. Voeltz v. Barck Hussein Obama, et al*, Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, Case No. 2012CA00467 |
| | 13 | | | | Complaint Contesting Election of Barack Hussein Obama from *Michael C. Voeltz v. Barack Hussein Obama*, Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, Case No. 2012CA003857 |
| | 14 | | | | Email from Larry Klayman to George Miller dated May 7, 2012 at 8:43 PM |
| | 15 | | | | Email from George Miller to Larry Klayman dated May 7, 2012 at 10:06 PM |
| | 16 | | | | Intentionally Omitted |
| | 17 | | | | Email from Larry Klayman to George J. Miller dated August 9, 2012 at 3:39 PM |
| | 18 | | | | Memorandum Opinion dated October 14, 2009 from *Larry Klayman v. Judicial Watch, Inc.*, U.S. Dist. Court for the District of Columbia, Civil Action No. 06-670 (CKK) |
| | 19 | | | | Order dated October 14, 2009 from *Larry Klayman v. Judicial Watch, Inc.*, U.S. Dist. Court for the District of Columbia, Civil Action No. 06-670 (CKK) |
| | 20 | | | | Order dated May 13, 2009 from *Jared Paul Stern v. News Corporation*, U.S. Dist. Court for the Southern District of New York, Case No. 08 Civ. 7624 (DAB). |
| | 21 | | | | Complaint of the Florida Bar from *The Florida Bar v. Larry Elliot Klayman,* dated February 4, 2011, with all exhibits including February 9, 2009 Mediation Settlement Agreement, hand-written note from Larry Klayman dated June 18, 2009, and letter from Larry Klayman dated June 19, 2009. |
| | 22 | | | | Approval of Referee Report and Referee Report from *The Florida Bar v. Larry Elliot Klayman*, Supreme Court of Florida Case No. SC11-247 |
| | 23 | | | | Consent Judgment dated July 14, 2011 from *The Florida Bar v. Larry Elliot Klayman*, Supreme Court of Florida Case No. SC11-247 |

### EXHIBIT AND WITNESS LIST – CONTINUATION

| LARRY E. KLAYMAN v. JUDICIAL WATCH, INC. | | | | | CASE NO. 13-20610-CIV-ALTONAGA/Simonton |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 24 | | | | Complaint from *Larry Klayman v. Roger L. Kleinman* dated February 4, 2013 from U.S. Dist. Court for the Southern District of Florida, Case No. 1:13-cv-20423-JLK. |
| | 25 | | | | Complaint and Petition for Mandamus Against Honorable Colleen Kolar Kotelly and Chief Judge David Sentelle and Judicial Ethics Bodes, dated October 5, 2011 from *Larry Klayman v. Honorable Colleen Kollar-Kotelly*, U.S. Dist. Court for the District of Columbia, Case No. 1:11-cv-01775-RJL. |
| | 26 | | | | Petition for Writ of Mandamus dated August 14, 2013 from *In Re: Larry Klayman*, United States Court of Appeals for the District of Columbia, Case No. 13-5258. |
| | 27 | | | | Petition for Rehearing and Rehearing En Banc from *In Re: Larry Klayman*, United States Court of Appeals for the District of Columbia, Case No. 13-5258. |
| | 28 | | | | Complaint dated June 6, 2013 from *Larry Klayman v. Lawrence R. Loeb*, Case No. 5:13-cv-00267-WTG-PRL. |
| | 29 | | | | Amended Complaint dated July 2, 2013 from *Larry Klayman v. City Pages*, Case No. 5:13-cv-00143-ACC-PRL. |
| | 30 | | | | Second Amended Complaint dated December 6, 2013 from *Larry Klayman v. City Pages*, Case No. 5:13-cv-00143-ACC-PRL. |
| | 31 | | | | Complaint dated June 18, 2009 from *Larry Klayman, et al v. Diana Yazbeck Mejia, et al* from Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-046701. |
| | 32 | | | | Complaint from dated March 31, 2011 from *Larry Klayman v. Mark Zuckerberg, et al* from Superior Court of the District of Columbia Civil Division, Case No. 0002481-11. |
| | 33 | | | | Magistrate's Decision dated June 9, 2010 from *Larry Elliot Klayman v. Stephanie Ann DeLuca,* Court of Common Pleas Domestic Relations Cuyahoga County, Ohio, Case No. DR07 316840 |
| | 34 | | | | Amended Magistrate's Decision dated July 2, 2010 from *Larry Elliot Klayman v. Stephanie Ann DeLuca,* Court of Common Pleas Domestic Relations Cuyahoga County, Ohio, Case No. DR07 316840 |
| | 35 | | | | Petitioner Larry Klayman's Brief Regarding Child Support dated June 23, 2010 from *Larry Elliot Klayman v. Stephanie Ann DeLuca,* Court of Common Pleas Domestic Relations Cuyahoga County, Ohio, Case No. DR07 316840 |

## EXHIBIT AND WITNESS LIST - CONTINUATION

| LARRY E. KLAYMAN v. JUDICIAL WATCH, INC. | | | | | CASE NO. 13-20610-CIV-ALTONAGA/Simonton |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 36 |  |  |  | Appellant's Amended Petition for Rehearing and Rehearing En Banc dated June 19, 2013 from *Larry Klayman v. Honorable Colleen Kollar-Kotelly, et al*, United States Court of Appeals for the District of Columbia, Case No. 12-5340 |
|  | 37 |  |  |  | Letter from Attorney Richard Driscoll to Larry Klayman dated March 5, 2012 |
|  | 38 |  |  |  | Email from Larry Klayman to Richard Driscoll dated February 23, 2012 at 10:24 AM |
|  | 39 |  |  |  | Email from Larry Klayman to Richard Driscoll dated February 24, 2012 at 10:24 AM |
|  | 40 |  |  |  | February 25, 2012 "Update on Article2superpac" from the www.orlytaitzesq.com website |
|  | 41 |  |  |  | February 22, 2012 website posting "I received an email from Pamela Barnett, who stated that Larry Klayman is no longer associated with Article2 Superpac" from the www.orlytaitzesq.com website |
|  | 42 |  |  |  | February 11, 2012 website posting "Great new in FL" with comments from the www.orlytaitzesq.com website. |
|  | 43 |  |  |  | Memorandum Opinion dated April 8, 2014 from *Strange v. Islamic Republic of Iran,* United States District Court for the District of Columbia, Civil Action No. 14-435 (CKK). |
|  | 44 |  |  |  | Memorandum Opinion Granting Special Motion to Dismiss from *Vincent Forras v. Imam Feisal Abdul Rauf,* United States District Court for the District of Columbia, Case No. 12-00282 (BJR) |
|  | 45 |  |  |  | Complaint dated February 21, 2012 from *Vincent Forras v. Imam Feisal Abdul Rauf,* United States District Court for the District of Columbia, Case No. 12-00282 (BJR) |
|  | 46 |  |  |  | Larry Klayman, Failed Lawyer, By Terry Krepel August 9, 2012 |
|  | 47 |  |  |  | Klayman Watch, By David Corn March 29, 2004 |
|  | 48 |  |  |  | The Committee to Expose Dishonest and Incompetent Judges, Attorneys and Public Officials, Attorney Larry Klayman of DC[1], February 2013 |
|  | 49 |  |  |  | Larry Klayman, Conservative Wingnut Lawyer, Gets Reprimanded by Florida Bar, Is Broke, by Gus Garcia-Roberts, November 1, 2011 |
|  | 50 |  |  |  | 1 Judge Who Can Save America, by Larry Klayman dated February 19, 2012 |
|  | 51 |  |  |  | Order dated September 7, 2007 from *Jared Paul Stern v. Ronald Burkle, et al*, Supreme Court of the State of New York County of New York, Case No. 103916/2007 |

---

[1] The remainder of the title is derogatory and is therefore not included in this list.

| | | | | | |
|---|---|---|---|---|---|
| | 52 | | | | Complaint dated November 1, 2007 from *Larry Klayman v. David Barmak, et al,* filed in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade county, Florida, Case No. 07-37307CA20 |
| | 53 | | | | Larry Klayman, professional "lunatic" dated December 18, 2013 by p m carpenter |
| | 54 | | | | Larry Klayman Asks If Joe Arpaio Recall Chairman is "Homo" Who "Want[s] My Nuts" dated March 22, 2013 by Matthew Hendley |
| | 55 | | | | Larry Klayman Sues *New Times*, Is Really Weird dated March 25, 2013 by Matthew Hendley |
| | 56 | | | | Who's Crazier: Bradlee Dean or Larry Klayman dated March 28, 2013 by Steve Timmer |
| | 57 | | | | DOOFUS OF THE DAY: Larry Klayman Blames Jews for Gay Marriage, IRS Scandal dated May 28, 2013 by The Vicious Babushka |
| | 58 | | | | Wingnut of the Day: Larry Klayman dated September 26, 2013 by Pushing Rope |
| | 59 | | | | The good virgin's birther case dated December 8, 2012 by Larry Klayman |

## DEFENDANT'S WITNESS LIST

| LARRY E. KLAYMAN v. JUDICIAL WATCH, INC. | | | | | CASE NO. 13-20610-CIV-ALTONAGA/Simonton |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 1 | | | | Constance Ruffley, 2549 Huntington Drive, Suite 201, San Marino, CA 91108<br>Expects to call witness |
| | 2 | | | | Plaintiff, Larry E. Klayman<br>Expects to call witness |
| | 3 | | | | Paul Orfanedes, 425 Third Street SW, Suite 800, Washington, DC 20024<br>Expects to call witness |
| | 4 | | | | Thomas Fitton, 425 Third Street SW, Suite 800, Washington, DC 20024<br>Expects to call witness |
| | 5 | | | | Christopher Farrell, 425 Third Street SW, Suite 800, Washington, DC 20024<br>Expects to call witness |
| | 6 | | | | Orly Taitz, 29839 Santa Margarita Parkway, Suite 100, Rancho Santa Margarita, CA 92688<br>If necessary. |

**Certificate of Service**

I hereby certify that on **May 13, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                /s/ Douglas J. Kress_____
                                                Douglas J. Kress, Esq.
                                                Florida Bar No.: 0061146

**SERVICE LIST**

LARRY KLAYMAN, ESQ.
2520 Coral Way, Suite 2027
Miami, FL 33145
Telephone: (310) 595-0800
Email: leklayman@gmail.com

VIA CM/ECF