AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Florida |
|---|---|---|

Klayman

## EXHIBIT AND WITNESS LIST

V.

Judicial Watch, Inc.

Case Number: 1:13-cv-20610-CMA

| PRESIDING JUDGE<br>The Honorable Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY<br>Larry Klayman, Esq. | DEFENDANT'S ATTORNEY<br>Douglas Kress, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>5/19/2014-6/2/2014 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Feb. 23, 2012 posting "My yesterday's presentation to CCIR and update on Article2SuperPac..." |
| 2 | | | | | Feb. 26, 2012 posting "Clarification Regarding Article2Legal Fund and Larry Klayman" |
| 3 | | | | | Series of Emails From/To Larry Klayman To/From Judicial Watch's Counsel, Richard Driscoll |
| 4 | | | | | "An Open Letter to Orly Taitz; Re: Defamatory Statements" by George Miller and Pamela Barnett |
| 5 | | | | | "When a Paper Terrorist Meets a Paper Terrorist" of Feb. 23, 2012 |
| 6 | | | | | Free Republic Email Correspondence |
| 7 | | | | | UROC Cover, Emails from Constance Ruffley to Tom Fitton, Paul Orfanedes, Chris Farrell |
| 8 | | | | | Free Republic Email Correspondence |
| 9 | | | | | "Article 2superpac was raising $25,000 for Larry Klayman..." recently provided by George Miller |
| 10 | | | | | "Update on Article2superpac" posted on Feb. 25, 2012 recently provided by George Miller |
| 11 | | | | | "Update on article2legal Defense Fund" posted Feb. 27, 2012 recently provided by George Miller |
| 12 | | | | | "Reminder: tomorrow's hearing..." posted Feb. 23, 2012 -- provided recently by George Miller |
| 13 | | | | | "the defense is not yet in discovery" posted April 18, 2012 – provided recently by George Miller |
| 14 | | | | | "An Open Letter to a reader..." posted April 23, 2012 – provided recently by George Miller |
| 15 | | | | | Email between Constance Ruffley, Tom Fitton, Paul Orfanedes and Chris Farrell and others |
| 16 | | | | | Email Correspondence between Constance Ruffley and Others regarding Larry Klayman |
| 17 | | | | | Letter From Isabelle Klayman to her Father, Larry Klayman |
| 18 | | | | | Letter From Isabelle Klayman to Her then Stepmother, Diana Klayman |
| 19 | | | | | Picture Drawn by Isabelle Klayman for her Father, Larry Klayman |
| 20 | | | | | Father's Day Card from Isabelle Klayman to Her Father, Larry Klayman |
| 21 | | | | | Father's Day Card from Isabelle Klayman to Her Father, Larry Klayman |
| 22 | | | | | Envelope from Isabelle Klayman to her Father Larry Klayman |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

| Klayman | | vs. | | Judicial Watch, Inc. | CASE NO. 1:13-cv-20610-CMA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Family Photos of Larry Klayman, Diana Klayman and Children |
| 24 | | | | | Family Photos of Larry Klayman, Diana Klayman and Children |
| 25 | | | | | Family Photos of Larry Klayman and Children |
| 26 | | | | | Family Photos of Larry Klayman and Children |
| 27 | | | | | Family Photos of Larry Klayman and Isabelle Klayman |
| 28 | | | | | Family Photos of Larry Klayman and Isabelle Klayman |
| 29 | | | | | Family Photos of Larry Klayman and Children |
| 30 | | | | | Family Photos of Larry Klayman and Children |
| 31 | | | | | Family Photos of Larry Klayman and Children |
| 32 | | | | | Family Photos of Larry Klayman and Children |
| 33 | | | | | Family Photos of Larry Klayman and Children |
| 34 | | | | | Family Photos of Larry Klayman and Children |
| 35 | | | | | Family Photos of Larry Klayman and Children |
| 36 | | | | | Family Photos of Larry Klayman and Children |
| 37 | | | | | Family Photos of Larry Klayman and Children |
| 38 | | | | | Family Photos of Larry Klayman and Children |
| 39 | | | | | Family Photos of Larry Klayman and Isabelle Klayman |
| 40 | | | | | Family Photos of Klayman Children |
| 41 | | | | | Family Photos of Isabelle Klayman |
| 42 | | | | | Family Photos of Lance Klayman |
| 43 | | | | | Billing Statement from Klayman Law Firm dated July 23, 2012 |
| 44 | | | | | Email Correspondence between George Miller and Larry Klayman – Payment, June 4, 2012 |
| 45 | | | | | Emails between George Miller and Klayman, Voeltz v. Obama et al, Ballot Challenge May 7, 2012 |
| 46 | | | | | Emails between George Miller and Larry Klayman – Retention Agreement with Klayman, Feb. 8, 201 |
| 47 | | | | | Email from George Miller to "esteemed donors" -- thank you and more … June 7, 2012 |
| 48 | | | | | Emails between Klayman and Taitz Feb. 26, 2012, Defamation, False Light, Invasion of Privacy… |
| 49 | | | | | Email from George Miller to Larry Klayman from February 26, 2012 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Klayman | | | vs. | Judicial Watch, Inc. | CASE NO. 1:13-cv-20610-CMA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 50 | | | | | Email from Larry Klayman to Orly Taitz -- Defamation, False Light ... dated Feb. 24, 2012 |
| 51 | | | | | Larry Klayman's Biography |
| 52 | | | | | Red County -- "Larry Klayman -- The One Man Tea Party" dated July 31, 2010 |
| 53 | | | | | "Larry Klayman, My Hero" by Joseph Farah dated November 3, 1999 |
| 54 | | | | | 'Thank God for Larry Klayman' by Joseph Farah dated November 25, 1998 |
| 55 | | | | | "Larry Klayman for U.S. Senate" by Joseph Farah dated August 26, 2004 |
| 56 | | | | | National Journal dated June 29, 2002 |
| 57 | | | | | "NSA Ruling Marks Larry Klayman's Biggest Legal Success" by Devlin Barrett, Dec. 17, 2013 |
| 58 | | | | | 'Meet Larry Klayman: Man Behind the NSA Lawsuit" by Alex Lazar dated Dec. 19, 2013 |
| 59 | | | | | "Score One for Thorn Government's Side Behind N.S.A. Ruling" by Michael Shear Dec. 17, 2013 |
| 60 | | | | | "El Gobierno de EEUU recurre el dictamen contra el programma... " March 1, 2014 |
| 61 | | | | | Lawsuit to Accuse Castro -- Russia Channel Discussion Forum, October 4, 2001 |
| 62 | | | | | EEUU. -- 'Supremo rechaza tramitar una denuncia sobre espionaje de la NSA" April 7, 2014 |
| 63 | | | | | Los Angeles Times -- "Judicial Watch Keeps Eye on Clinton" April 20, 1998 |
| 64 | | | | | The BLT: The Blog of Legal Times -- "Larry Klayman: Socialist Slayer" Dec. 8, 2008 |
| 65 | | | | | Washington Times -- "Inside the Beltway: Larry Klayman's spiritual calling" Dec. 18, 2013 |
| 66 | | | | | U.S. News & World Report, January 20, 2003 |
| 67 | | | | | Washington Post -- "Body Suit" June 12, 2006 |
| 68 | | | | | Power Blog -- "Klayman & Keyes ask Jeb Bush to 'Pardon' Schiavo" |
| 69 | | | | | CNN.com transcript -- Larry King Live -- "Should President Clinton Be Disbarred?" May 23, 2000 |
| 70 | | | | | "Florida Court Opens Trial on Shootdown of Exiled Cuban Planes" Feb. 26, 2003 |
| 71 | | | | | "Castro on Trial for U.S. terrorism" Feb. 27, 2003 |
| 72 | | | | | News -- "Cubans file war crime suit against Castro" October 5, 2001 |
| 73 | | | | | CUBANEWS -- Shootdown survivor's lawyer: Castro rivals Hussein as a threat Feb. 27, 2003 |
| 74 | | | | | South Florida Sun-Sentinel -- "Brothers to the Rescue's case against Castro..." Feb. 27, 2003 |
| 75 | | | | | "Schiavo Protestors' Passions Rise" March 27, 2005 |
| 76 | | | | | Gonzalez v. Reno INS United States Court of Appeals, Eleventh Circuit |

%AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | Klayman | | | | VS. | Judicial Watch, Inc. | CASE NO. 1:13-cv-20610-CMA |
|---|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | "ONG estadounidense demanda al presidente Hugo Chavez" April 16, 2009 |
| 78 | | | | | "Chavez cierra todos los espacios y busca control" May 17, 2009 |
| 79 | | | | | Amazon.com -- Whores: Why and How I Came to Fight the Establishment |
| 80 | | | | | PBS, the fixers: Larry Klayman |
| 81 | | | | | "17 Years After Custodial Kidnapping, Son Hopes to See Mom Again" March 18, 2013 |
| 82 | | | | | "Parents say DCF harassed them as their child was dying of cancer" Nov. 10, 2005 |
| 83 | | | | | St. Petersburg Times -- Watchdogs do their own recount in Palm Beach dated Nov. 29, 2000 |
| 84 | | | | | Front and Back Copy of the book "Whores" by Larry Klayman |
| 85 | | | | | "Avoid False Accusations of Child Sexual Abuse" |
| 86 | | | | | "The Nuclear Option: False Child Sexual Abuse Allegations in Custody Disputes" Feb. 18, 2008 |
| 87 | | | | | "Corruption Chronicles" by Tom Fitton |
| 88 | | | | | Leon County Clerk of Courts Civil Docket Sheet 000467 |
| 89 | | | | | Leon County Clerk of Courts Civil Docket Sheet 002063 |
| 90 | | | | | Leon County Clerk of Courts Civil Docket Sheet 003857 |
| 91 | | | | | First District Court of Appeal 13-0083 |
| 92 | | | | | First District Court of Appeal 12-3489 |
| 93 | | | | | Florida Supreme Court Docket SC13-560 |
| 94 | | | | | National Journal dated June 29, 2002 -- Contents: "Turning the Tables" by Louis Jacobson |
| 95 | | | | | Memorandum Opinion No. 06-670 January 17, 2007 |
| 96 | | | | | Memorandum Opinion No. 06-670 April 3, 2007 |
| 97 | | | | | Deposition of Tom Fitton |
| 98 | | | | | Deposition of Paul Orfanedes |
| 99 | | | | | Deposition of Christopher Farrell |
| 100 | | | | | Deposition of Constance Ruffley |
| 101 | | | | | Second Amended Complaint Filed 6/14/06 Klayman, Benson v. Judicial Watch, Inc. |
| 102 | | | | | Capias Recalled April 20, 2012 |
| 103 | | | | | The Washington Post, "Can Larry Klayman Make History With His NSA Lawsuit" May 11, 2014 |

ᴤAO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | Klayman | | vs. | Judicial Watch, Inc. | CASE NO. 1:13-cv-20610-CMA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | Orly Taitz Affidavit dated March 26, 2014 |
| 105 | | | | | Orly Taitz Affidavit dated March 20, 2014 |
| 106 | | | | | Polygraph Determination dated October 15, 2007 administered by James L. Wilt |
| 107 | | | | | Children and Family Services Commissions Letter dated May 2, 2008 |
| 108 | | | | | Letter from Assistant Prosecuting Attorney David Zimmerman dated September 17, 2008 |
| 109 | | | | | United States District & Bankruptcy Courts, Good Standing Certificate May 1, 2014 |
| 110 | | | | | Certificate of Disciplinary History Pennsylvania dated July 30, 2013, Renee Weber |
| 111 | | | | | District of Columbia Court of Appeals, Good Standing Certificate dated March 20, 2013 |
| 112 | | | | | The Florida Bar, Good Standing dated March 20, 2013 by Johnny Smith |
| 113 | | | | | Severance Agreement dated September 19, 2003 |
| 114 | | | | | Letter, Breach of Contract dated April 26, 2004 |
| 115 | | | | | C-SPAN letter dated April 27, 2007 |
| 116 | | | | | December 12, 2004 Letter to Mr. Barmak and Ms. Jarquin |
| 117 | | | | | Email Correspondence between Tom Fitton and Larry Klayman dated April 26, 2004 |
| 118 | | | | | Media Advisory dated September 23, 2003 |
| 119 | | | | | Certificate of Good Standing for Southern District of Florida |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Klayman | | | vs. | Judicial Watch, Inc. | CASE NO. 1:13-cv-20610-CMA |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WITNESSES |
| 1 | | | | | Orly Taitz, 29839 Santa Margarita Parkway, Suite 100, Rancho Santa Margarita CA 92688 |
| 2 | | | | | Constance Ruffley, 2549 Huntington Drive, Suite 201, San Marino CA 91108 |
| 3 | | | | | Larry Klayman, 2520 Coral Way, Suite 2027, Miami, FL 33145 |
| 4 | | | | | Tom Fitton, 425 Third Street SW, Suite 800, Washington, DC 20024 |
| 5 | | | | | Paul Orfanedes, 425 Third Street SW, Suite 800, Washington, DC 20024 |
| 6 | | | | | Christopher Farrell, 425 Third Street SW, Suite 800, Washington, DC 20024 |
| 7 | | | | | Sandra Cobas, 1071 S.W. 8th St., Miami, FL 33130 |
| 8 | | | | | Jose Basulto |
| 9 | | | | | George Miller |
| 10 | | | | | Sam Naples |
| 11 | | | | | Donato Dalrymple |
| 12 | | | | | Naveed Mahboobian |
| 13 | | | | | Tom Madden, 240 W Palmetto Park Rd, Boca Raton, FL 33432 |
| 14 | | | | | Adrienne Madden, 240 W Palmetto Park Rd, Boca Raton, FL 33432 |
| 15 | | | | | Pino Cignarella |
| 16 | | | | | Louise Benson |
| 17 | | | | | Michael Voeltz |
| 18 | | | | | Willy Chirino |
| 19 | | | | | Lissette Chirino |
| 20 | | | | | Bob Barr |
| 21 | | | | | Helen Aguirre |
| 22 | | | | | Michael Schiavo |
| 23 | | | | | Ursula Ungaro |
| 24 | | | | | Pastor Dan Johnson |
| 25 | | | | | Oscar Garcia |
| 26 | | | | | Marici Orourt |

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                        */s/ Larry Klayman*      
                        LARRY KLAYMAN

                        Plaintiff Pro Se



## <u>SERVICE LIST</u>

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

VIA CM/ECF