UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY KLAYMAN,

    Plaintiff,

v.

JUDICIAL WATCH, INC.,

    Defendant.
_____/

VERDICT FOR PLAINTIFF

WE, THE JURY, RETURN THE FOLLOWING VERDICT:

    We enter verdict for the Plaintiff Larry Klayman and find the Defendant Judicial Watch liable for (check all that apply):

Defamation per se                                      Yes _____ No _____

General Defamation                               Yes _____ No _____

If you check yes for either of the two types of defamation, you may continue to determine damages,

and award compensatory damages in the amount of $_____ and

punitive damages in the amount of $ _____.

Signatures of jurors:

_____                                      _____

_____                                      _____

_____                                      _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA/Simonton

LARRY KLAYMAN,

    Plaintiff,

v.

JUDICIAL WATCH, INC.,

    Defendant.

_____/

GENERAL VERDICT FOR DEFENDANT

WE, THE JURY, RETURN THE FOLLOWING VERDICT:

    We enter verdict in favor of the Defendant Judicial Watch.

Signatures of jurors:

_____      _____

_____      _____

_____      _____

Dated: June 5, 2014

Respectfully Submitted,

*/s/ Larry Klayman*
LARRY KLAYMAN
2520 Coral Way, Suite 2027
Miami, FL 33145
(310) 595-0800
leklayman@gmail.com

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Larry Klayman
LARRY KLAYMAN

Plaintiff Pro Se

## SERVICE LIST

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

VIA CM/ECF