IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA

LARRY KLAYMAN,

        Plaintiff,

v.

JUDICIAL WATCH,

        Defendant.

_____/

## NOTICE OF UNAVAILABILITY

Please take notice that the undersigned attorney, Larry Klayman, will be unavailable and out of the office from June 23, 2014 up to and including July 8, 2014. Mr. Klayman will be in a hearing in the District of Columbia from June 23-28, 2014 and will be out of the country on business and traveling in the Middle East from June 28 – July 8, 2014.  This was scheduled before the jury verdict of June 10, 2014.

Dated: June 17, 2014                                    Respectfully Submitted,

                                                          */s/ Larry Klayman*
                                                          Larry Klayman, Esq.
                                                          Florida Bar No. 246220
                                                          2775 NW 49th Ave., Suite 205-346
                                                          Ocala, FL 34483
                                                          (310) 595-0800
                                                          Email: leklayman@gmail.com
                                                          Plaintiff Pro Se

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on June 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Larry Klayman*
                                              LARRY KLAYMAN

                                              Plaintiff Pro Se

## SERVICE LIST

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

VIA CM/ECF