UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20610-CIV-ALTONAGA/O'Sullivan

**LARRY KLAYMAN**,

    Plaintiff,
vs.

**JUDICIAL WATCH**,

    Defendant.
_____/

### ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court on Plaintiff's Notice of Unavailability [ECF No. 158]. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a Notice of Unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Notice of Unavailability **[ECF No. 158]** is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of June, 2014.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:   counsel of record