Merrill Deposition Services
21 Church Street
Suite 150
Rockville, MD 20850
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 403320 | 02/06/2014 | 02-244101 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/27/2014 | CAINJO | 13-CV-20610 |

**CASE CAPTION**

Klayman -v- Judicial Watch

**TERMS**

Immediate, sold FOB Merrill facility

Larry Klayman, Esquire
Law Office of Larry Klayman
2020 Pennsylvania Avenue, N.W.
Suite 345
Washington, DC 20006

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    PAUL JOSEPH ORFANEDES, ESQ.            195 Pages              809.25
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    CHRISTOPHER J. FARRELL                  78 Pages              323.70
         EXHIBITS                           83 Pages               33.20
         Shipping & Handling                                       35.00
                                                             _____
                                    TOTAL   DUE   >>>>          1,201.15

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill Corporation. We appreciate your business.
```

| (-) **PAYMENTS/CREDITS** | 0.00 | (+) **FINANCE CHARGE** | 0.00 | (=) **NEW BALANCE** | 1,201.15 |
|---|---|---|---|---|---|

**TAX ID NO. :**  20-2665382                                                                  (310) 595-0800

*Please detach bottom portion and return with payment.*

Larry Klayman, Esquire
Law Office of Larry Klayman
2020 Pennsylvania Avenue, N.W.
Suite 345
Washington, DC 20006

Invoice No.: 403320
Date       : 02/06/2014
**TOTAL DUE :    1,201.15**

Job No.  : 02-244101
Case No. : 13-CV-20610
Klayman -v- Judicial Watch

Remit To:    **LegaLink, Inc.**
             **16824 Collections Center Drive**
             **Chicago, IL 60693-0168**

Merrill Deposition Services  
21 Church Street  
Suite 150  
Rockville, MD 20850  
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 403586 | 02/06/2014 | 06-244109 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/27/2014 | GRAHAK | 13-CV-20610 |
| **CASE CAPTION** | | |
| Klayman -v- Judicial Watch | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Larry Klayman, Esquire  
Law Office of Larry Klayman  
2020 Pennsylvania Avenue, N.W.  
Suite 345  
Washington, DC 20006

```
Videography Services for the Depo of:
    Paul Orfanedes, Esquire

Videography Services for the Depo of:
    Christopher J. Farrell
            Two-hour minimum                                        350.00
            Subsequent Video Hours        4.50 Hours                562.50
            Video Archive                                            20.00
                                                              _____
                                     TOTAL   DUE   >>>>             932.50

For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill Corporation.  We appreciate your business.
Complimentary Merrill Viewer (Synchronized video and transcript)
```

| (-) **PAYMENTS/CREDITS** | 0.00 | (+) **FINANCE CHARGE** | 0.00 | (=) **NEW BALANCE** | 932.50 |
|---|---|---|---|---|---|

**TAX ID NO. :**  20-2665382                                                                                   (310) 595-0800

*Please detach bottom portion and return with payment.*

Larry Klayman, Esquire  
Law Office of Larry Klayman  
2020 Pennsylvania Avenue, N.W.  
Suite 345  
Washington, DC 20006

```
Invoice No.:  403586
Date       :  02/06/2014
TOTAL DUE  :       932.50


Job No.    :  06-244109
Case No.   :  13-CV-20610
Klayman -v- Judicial Watch
```

Remit To:    **LegaLink, Inc.**  
**16824 Collections Center Drive**  
**Chicago, IL 60693-0168**

Merrill Deposition Services  
21 Church Street  
Suite 150  
Rockville, MD 20850  
(301) 762-8282   Fax  (301) 762-0606  

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 403681 | 02/11/2014 | 02-244103 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/29/2014 | CAINJO | 13-CV-20610 |

| **CASE CAPTION** |
|---|
| Klayman -v- Judicial Watch |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Larry Klayman, Esquire  
Law Office of Larry Klayman  
2020 Pennsylvania Avenue, N.W.  
Suite 345  
Washington, DC 20006  

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Thomas J. Fitton                              175 Pages              638.75

                                          TOTAL   DUE   >>>>             638.75

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill Corporation. We appreciate your business.
```

| **(-) PAYMENTS/CREDITS** | 0.00 | **(+) FINANCE CHARGE** | 0.00 | **(=) NEW BALANCE** | 638.75 |
|---|---|---|---|---|---|

**TAX ID NO. :** 20-2665382                                                                                       (310) 595-0800

*Please detach bottom portion and return with payment.*

Larry Klayman, Esquire  
Law Office of Larry Klayman  
2020 Pennsylvania Avenue, N.W.  
Suite 345  
Washington, DC 20006  

```
Invoice No.:  403681
Date       :  02/11/2014
TOTAL DUE  :      638.75


Job No.    :  02-244103
Case No.   :  13-CV-20610
Klayman -v- Judicial Watch
```

Remit To: **LegaLink, Inc.**  
**16824 Collections Center Drive**  
**Chicago, IL 60693-0168**

| | | |
|---|---|---|
Merrill Deposition Services
21 Church Street
Suite 150
Rockville, MD 20850
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 403806 | 02/11/2014 | 06-244110 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/29/2014 | GRAHAK | 13-CV-20610 |
| **CASE CAPTION** | | |
| Klayman -v- Judicial Watch | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Larry Klayman, Esquire
Law Office of Larry Klayman
2020 Pennsylvania Avenue, N.W.
Suite 345
Washington, DC 20006

```
Videography Services for the Depo of:
    Thomas J. Fitton
            Two-hour minimum                                              350.00
            Subsequent Video Hours           1.50 Hours                   187.50
            Video Archive                                                  20.00
                                                                   _____
                                             TOTAL   DUE   >>>>          557.50

For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill Corporation.  We appreciate your business.
```

| **(-) PAYMENTS/CREDITS** | 0.00 | **(+) FINANCE CHARGE** | 0.00 | **(=) NEW BALANCE** | 557.50 |
|---|---|---|---|---|---|

**TAX ID NO. :**  20-2665382                                                                                  (310) 595-0800

*Please detach bottom portion and return with payment.*

Larry Klayman, Esquire
Law Office of Larry Klayman
2020 Pennsylvania Avenue, N.W.
Suite 345
Washington, DC 20006

```
Invoice No.:  403806
Date       :  02/11/2014
TOTAL DUE  :       557.50


Job No.    :  06-244110
Case No.   :  13-CV-20610
Klayman -v- Judicial Watch
```

Remit To:    **LegaLink, Inc.**
             **16824 Collections Center Drive**
             **Chicago, IL 60693-0168**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street  
10th Floor  
New York, NY 10014  
Phone: 212.557.7400  
Fax: 212.692.9171

**Larry Klayman**  
**Larry Klayman**  
**2020 Pennsylvania Avenue Northwest**  
**Suite 345**  
**Washington, DC 20006**

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| **18262871** | **02/26/2014** | **1805-201219** |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| **01/29/2014** | **LDC** | |
| **CASE CAPTION** | | |
| **(i-ACE) Klayman vs Judicial Watch** | | |
| **TERMS** | | |
| **Immediate, sold FOB Merrill facility** | | |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Larry Elliot Klayman                                            717.20

                       TOTAL    DUE   >>>>                          717.20

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

**TAX ID NO. :** 20-2665382

*Please detach bottom portion and return with payment.*

Larry Klayman  
Larry Klayman  
2020 Pennsylvania Avenue Northwest  
Suite 345  
Washington, DC 20006

Invoice No.: 18262871  
Date       : 02/26/2014  
**TOTAL DUE :   717.20**

Job No.  : 1805-201219  
Case No. :  
(i-ACE) Klayman vs Judicial Watch

Remit To: **LegaLink, Inc.**  
**PO Box 277951**  
**Atlanta, GA 30384**





Coalition of Court Reporters of Los Angeles
205 South Broadway, Suite 200
Los Angeles, CA 90012
213.471.2966
www.ccrola.com

# INVOICE

LARRY KLAYMAN, ESQ.
2520 Coral Way, Suite 2027
Miami , FL  33145

| | |
|---|---|
| Invoice Number: | 110746 |
| Invoice Date: | 02/14/2014 |
| Client Phone: | 310-595-0800 |

In RE: Larry Klayman v Judicial Watch, et al., 13-20610-CIV-ALTONAGA/Simonton
DEPOSITION - Constance Ruffley
Attendance Date: 01/31/2014, 9:00am
Reporter: Tracy Williams, 10139
Location: CCROLA - 205 S Broadway, Suite 200 - Los Angeles, CA 90012 - 213-471-2966

| Qty | Description | Ext |
|---|---|---:|
| 83 | Original & 1 Certified Transcript - Standard | 415.00 |
|    | Included: PDF Bundle, Condensed, Word Index | |
| 24 | Exhibits - Black/White to Black/White | 8.40 |
| 9  | Parking Fees | 9.00 |
| 1  | Videographer | 419.00 |
| 1  | DVD to MPEG Conversion | 120.00 |
| 1  | Production and Handling | 45.00 |
| 1  | Shipping | 25.00 |

| | |
|---|---:|
| Subtotal: | 1041.40 |
| Invoice Total: | 1041.40 |
| Interest: | 40.57 |
| Total Amount Due: | 1081.97 |

Payment Terms:

Upon Receipt

Please make checks payable to : CCROLA

A late charge fee will be assessed on past due accounts at the rate of 1.5% per month (18% APR) on invoices that become 30 days past due.

Tax ID: 45-5301982