

## Fwd: Travelocity travel confirmation - January 26, 2014 - (Itin# 11814567289)

**Dina James** <daj142182@gmail.com>          Fri, Aug 8, 2014 at 4:28 PM

Sent from my iPhone

Begin forwarded message:

**From:** "Travelocity" <travelocity@e.travelocity.com>
**Date:** January 22, 2014 at 2:46:41 PM EST
**To:** <daj142182@gmail.com>
**Subject: Travelocity travel confirmation - January 26, 2014 - (Itin# 11814567289)**



### Thank you for booking with Travelocity! Your booking is confirmed.

You can manage your reservation or review your itinerary online for the most up-to-date information.

Washington
Sun Jan/26/2014 – Sun Jan/26/2014  |  Itinerary # 11814567289

### Important Information

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

Los Angeles (LAX) → Washington (IAD)      **CONFIRMED**
Sun Jan/26/2014 – Sun Jan/26/2014 , 2 one way tickets    United     AVZ5GB

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Price Summary**

**Traveler Information**

| | | | | |
|---|---|---|---|---|
| **Larry E Klayman** Adult | No frequent flyer details provided | Ticket # 0167376309404 | Traveler 1: Adult<br>Flight<br>Taxes & Fees<br>**Traveler 2: Adult** | $576.00<br>$525.58<br>$50.42<br>**$576.00** |

| | | |
|---|---|---|
| **Dina A James** Adult | No frequent flyer details provided | Ticket # 0167376309405 |

| | |
|---|---|
| Flight | $525.58 |
| Taxes & Fees | $50.42 |
| Travelocity Booking Fee | $0.00 |
| **Total:** | **$1,152.00** |

All prices quoted in US dollars.

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**01/26/2014 - Departure**     Total travel time: 4 h 59 m
Nonstop

UNITED    Los Angeles    Washington    4 h 59 m    2,295 miles
**LAX 7:45am**    **IAD 3:44pm**
United 1135
Economy/Coach (E) | Seat **30D, 29E** | Confirm or change seats with the airline*

**Airline Rules & Regulations**

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable, nontransferable and name changes are not allowed.**
- Please read the complete penalty rules for changes and cancellations applicable to this fare.
- Please read important information regarding airline liability limitations.

## Additional Flight Services

- The airline may charge additional fees for checked baggage or other optional services.

### Need help with your reservation?

- Visit our Customer Support page.
- Call Travelocity customer care at 1-855-201-7820
- For faster service, mention itinerary # **11814567289**

## Complete Your Trip

Offer expires on
01/25/2014

**Because you booked a flight,** save up to 55% on select hotels
**Add a Hotel**

You are receiving this transactional email based on a recent booking or account-related update on Travelocity.

www.travelocity.com | 11603 Crosswinds Way, Suite 125, San Antonio TX 78223