

1219 11th Street, NW
Washington, DC 20001
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Larry Klayman, Esq.
2020 Pennsylvania Avenue, N.W.,
#345

Washington, DC 20006

Invoice #: 31952

Date: 06/20/2013

## INVOICE FOR SERVICE

Service #70433: Thomas Fitton  Your File#
Larry Klayman v. Judicial Watch, Inc., et al. Court Case #: 13-20610-CV-ALTONAGA
Additional Document Service at Same Address   $32.50

**TOTAL CHARGES:**  $32.50

**BALANCE:**  $32.50

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

**Thank you for your business!**



1219 11th Street, NW
Washington, DC 20001
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Larry Klayman, Esq.
2020 Pennsylvania Avenue, N.W.,
#345

Washington, DC 20006

Invoice #: 31954

Date: 06/20/2013

## INVOICE FOR SERVICE

Service #70434: Christopher Ferrell  
Larry Klayman v. Judicial Watch, Inc., et al. Court Case #: 13-20610-CV-ALTONAGA  
Additional Document Service at Same Address

Your File#

$32.50

**TOTAL CHARGES:** $32.50

**BALANCE:** $32.50

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

**Thank you for your business!**



1219 11th Street, NW
Washington, DC 20001
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Larry Klayman, Esq.
2020 Pennsylvania Avenue, N.W.,
#345

Washington, DC 20006

Invoice #:
31955

Date:
06/20/2013

## INVOICE FOR SERVICE

Service #70432: Paul Orfanedes  
Larry Klayman v. Judicial Watch, Inc., et al. Court Case #: 13-20610-CV-ALTONAGA  
Additional Document Service at Same Address

Your File#

$32.50

**TOTAL CHARGES:** $32.50

**BALANCE:** $32.50

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

**Thank you for your business!**

1



1219 11th Street, NW
Washington, DC 20001
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Larry Klayman, Esq.
2020 Pennsylvania Avenue, N.W.,
#345

Washington, DC 20006

Invoice #:
31958

Date:
06/20/2013

## INVOICE FOR SERVICE

Service #70431: Judicial Watch, Inc.           Your File#
Larry Klayman v. Judicial Watch, Inc., et al.  Court Case #: 13-20610-CV-ALTONAGA

| | |
|---|---:|
| Process Serving (within Beltway) | $65.00 |
| Rush Business Rec. AFTER 1200PM | $50.00 |
| **TOTAL CHARGES:** | **$115.00** |
| **BALANCE:** | **$115.00** |

You may submit payment with credit card online at www.samedayprocess.com/pay

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

**Thank you for your business!**

3

# INVOICE

**KMS Process Servers**
Isaura Flores
1613 Chelsea Road
Suite 225
San Marino, CA 91108
United States

Phone: 323-515-5671
isaura@kmsprocessservers.com

| | |
|---|---|
| Invoice number | 1184 |
| Invoice date | 1/17/2014 |
| Payment terms | Due on receipt |
| Due date | 1/16/2014 |

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| Priority service of process - to serve a Subpoena on Constance Ruffley at 4239 Claudia Avenue, Rosemead, CA | 1 | $85.00 | $85.00 |
| Priority service of process - to serve a Subpoena on Constance Ruffley at a 2nd address located at 2540 Huntingto Drive, Suite 201, San Marino, CA 91108. | 1 | $65.00 | $65.00 |
| Description (optional) | 1 | $0.00 | $0.00 |

**Note to recipient(s)**
Proof of Service emailed separately.
Thank you.

| | |
|---|---|
| Subtotal | $150.00 |
| Total | $150.00 USD |