UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA

**LARRY KLAYMAN**,

    Plaintiff,

v.

**JUDICIAL WATCH, INC.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Deposit Judgment into Registry of Court . . . ("Motion") [ECF No. 177], filed February 17, 2015. In the Motion, Defendant seeks to deposit $181,000 with the Court — the total sum owed by Defendant to Plaintiff pursuant to the Final Judgment [ECF No. 157] entered in this case — pursuant to Federal Rule of Civil Procedure 67.[1]  In the Motion, Defendant informs the Court Plaintiff's former wife is claiming an interest in the Final Judgment, and there is a genuine dispute regarding entitlement to the funds being litigated in the court of common pleas in Ohio, which does not involve Defendant. (*See* Mot. 1–2). Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[ECF No. 177]** is **GRANTED**. Defendant shall pay $181,000 into the Court's registry. The Clerk shall accept the funds from Defendant and deposit the funds into the registry of the Court.

---

[1] Federal Rule of Civil Procedure 67 states "a party — on notice to every other party and by leave of court — may deposit with the court all or part of the money or thing, whether or not that party claims any of it" and "must deliver to the clerk a copy of the order permitting deposit." FED. R. CIV. P. 67.

CASE NO.: 13-20610-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record