UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20610-CIV-ALTONAGA/O'Sullivan

**LARRY KLAYMAN**,

    Plaintiff,

vs.

**JUDICIAL WATCH**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion for Withdrawal of a Deposit Pursuant to FRCP 67(b) (the "Motion") [ECF No. 186], filed May 6, 2015. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

(emphasis added). The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* Plaintiff has not properly conferred or made reasonable efforts to confer with all parties and non-parties who may be affected by the relief he seeks. (*See* Mot. 4). Therefore, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 186]** is **DENIED WITHOUT PREJUDICE**.

CASE NO. 13-20610-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of May, 2015.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record