UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20610-CIV-ALTONAGA

**LARRY KLAYMAN**,

    Plaintiff,
v.

**JUDICIAL WATCH, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff Larry Klayman's Renewed Motion for Withdrawal of a Deposit Pursuant to FRCP 67(b) ("Motion") [ECF No. 188], filed May 7, 2015. This case was closed on June 11, 2014. (*See* Final Judgment [ECF No. 157]). On February 17, 2015, Defendant Judicial Watch Inc. filed an Unopposed Motion to Deposit Judgment into Registry of Court [ECF No. 177], on the basis that Plaintiff's former wife claimed an interest in the Final Judgment of $181,000 due to Plaintiff. On February 18, 2015, the Court permitted Defendant to pay the final judgment into the Court's registry. (*See* February Order [ECF No. 178]). A careful consideration of the filings following that deposit reveals the question of who should receive the funds deposited by the Defendant and in what amounts may involve protracted proceedings and new claims and defenses by a new party having nothing to do with the underlying and long-concluded action. Therefore, it is

**ORDERED AND ADJUDGED** that the Court's February Order **[ECF No. 178]** is **VACATED**. The Clerk of the Court shall re-disburse the funds to Defendant. The Clerk of the Court shall mail Defendant's check to Defendant's counsel of record. Plaintiff's Motion **[ECF No. 188]** is **DENIED**. If appropriate, Defendant may initiate a separate interpleader action pursuant to Federal Rule of Civil Procedure 22 and 28 U.S.C. section 1335. *See Perkins State*

CASE NO.: 13-20610-CIV-ALTONAGA

*Bank v. Connolly*, 632 F.2d 1306, 1311 (5th Cir. 1980) (A "federal interpleader action . . . protects a stakeholder who holds funds claimed by two or more adverse parties from multiple liability.") (alterations added)).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of May, 2015.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record